| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AHL Shipping Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3242132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**219 East Houston Street**<br>**Suite 300**<br>**San Antonio, TX**     ZIP Code **78205** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **Port Arthur, TX** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **AHL Shipping Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**AHL Shipping Company**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John M. Duck**
Signature of Attorney for Debtor(s)

**John M. Duck #5104**
Printed Name of Attorney for Debtor(s)

**Adams and Reese LLP**
Firm Name

**701 Poydras Street**
**Suite 4500**
**New Orleans, LA 70139**

Address

**Email: john.duck@arlaw.com**
**(504) 581-3234  Fax: (504) 566-0210**
Telephone Number

**June 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard D. Horner, Sr.**
Signature of Authorized Individual

**Richard D. Horner, Sr.**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**June 18, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **AHL Shipping Company**                   ,     Case No. _____

                                Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Dos Raven Tankships, LLC** | **09-13966** | **12/02/09** |
| **Eastern District of Louisiana** | **Subsidiary** | **Jerry A. Brown** |
| **First Mesa Tankships, LLC** | **09-13964** | **12/02/09** |
| **Eastern District of Louisiana** | **Subsidiary** | **Jerry A. Brown** |
| **Keet Seel Tankships, LLC** | **09-13965** | **12/02/09** |
| **Eastern District of Louisiana** | **Subsidiary** | **Jerry A. Brown** |

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **AHL Shipping Company**

_____ ,
                                Debtor

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 26,400,440.66 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 510,345,033.62 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 53 | | 10,887,393.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 26,400,440.66 | | |
| Total Liabilities | | | | 521,232,427.59 | |

.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **AHL Shipping Company**                                ,     Case No. _____

                                        Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **AHL Shipping Company**            ,     Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__ continuation sheets attached to the Schedule of Real Property

In re    **AHL Shipping Company**                  ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Whitney National Bank ($525.70)**<br>**Checking Account - J.P. Morgan Chase Bank ($52,369.57)** | - | 52,895.27 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Office space security deposit Street retail San Antonio** | - | 13,466.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Attachment B-9.** | - | Unknown |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **66,361.27**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

In re **AHL Shipping Company**                                            , Case No. _____

_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **AHL Product Tankers, LLC** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attachment B-16** | **-** | **782,305.09** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **AHL Shipping Company v. Jotun Valspar Marine Coatings, et al** **Civil District Court for the Parish of Orleans** **Docket No. 2006-11701, Section A-5** | **-** | **Unknown** |

Sub-Total >      **782,305.09**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **AHL Shipping Company**                  ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **AHL Shipping Company ("AHLSC") is the sole owner of all intellectual property, documents and data relating to the design, construction methods, and operation for a 49,000 DWT, 330,000 BBL twin screw diesel electric product/chemical tanker (the "AHL Tanker Design").** <br><br> **AHLSC acquired its ownership rights to the AHL Tanker Design through license agreements, including related royalty provisions. AHLSC entered into three, limited, nonexclusive license agreements for other entities to use the AHL Tanker Design to construct three vessels to be operated by AHLSC. AHLSC has not granted a license to any entity for operational use of the AHL Tanker Design.** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Vessel Construction License Agreement** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 GMC Sierra Pick-Up Truck (Insurance expires on 6/21/10)** | - | **12,020.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attachment B-28** | - | **39,754.30** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Capt. H.A. Downing ($8,500,000.00) New River ($8,500,000.00) The Monseigneur ($8,500,000.00) M/V Anasazi (foreclosed by judicial sale; see SOFA 4.a)** | - | **25,500,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total &gt;     <b>25,551,774.30</b><br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **AHL Shipping Company**                         ,      Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 26,400,440.66 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule B - 9. Interest in Insurance Policies.

| Coverage | Carrier | Expiration | Policy Number | Notes |
|---|---|---|---|---|
| Crime | Continental Casualty Co. | 06/27/11 | 287248539 | Three Year Policy Term Installment of $1,936 due on 6/27/10 |
| Auto/Property | American State Ins. Co. | 06/21/10 | 01-CH-914301-2 | Policy Automatically Renews |
| ESOP Fiduciary | US Specialty Ins. Co. | 06/27/10 | U709-50145 | 1 Year Extended Reporting Period Option Exercised |
| D&O/EPL | Twin City Fire Ins. Co. | 06/27/10 | KB 2208537-09 | 1 Year Extended Reporting Period Option Exercised |
| MGL incl. Excess | Lloyds - Newman Martin | 06/27/10 | LF025810Y | |
| Work Comp | Commerce & Industry | 07/01/10 | WC 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 | |

Case Name:          AHL SHIPPING COMPANY

**Schedule B:  Personal Property**
**16**

Accounts Receivable as of 05/10/10

| 709563 | 4-Sep-09 | Valero | ANA | 477 | RB | $ | 20,238.50 |
|---|---|---|---|---|---|---|---|
| 609568 | 8-Oct-09 | Port of LA | HAD/MON | | | $ | 2,000.00 |
| 1009577 | 9-Nov-09 | AHLPT | VAR | | RB | $ | 663,180.64 |
| 910638 | 19-Apr-10 | Morgan Stanley | MON | 263 | Dmrg | $ | 4,600.00 |
| 710639 | 19-Apr-10 | Morgan Stanley | ANA | 500 | Dmrg | $ | 10,333.33 |
| 710640 | 19-Apr-10 | Vitol | ANA | 501 | Dmrg | $ | 3,037.50 |
| 710618 | 10-May-10 | Valero | ANA | 494 | RB | $ | 845.00 |
| 710619 | 10-May-10 | Valero | ANA | 491 | RB | $ | 9,844.00 |
| 810620 | 10-May-10 | Valero | NRV | 263 | RB | $ | 12,094.26 |
| 810621 | 10-May-10 | Valero | NRV | 260 | RB | $ | 10,074.26 |
| 810622 | 10-May-10 | Valero | NRV | 259 | RB | $ | 10,074.26 |
| 910628 | 10-May-10 | Valero | MON | 254 | RB | $ | 5,846.00 |
| 610629 | 10-May-10 | Westport Petroleum | HAD | 295 | RB | $ | 9,563.08 |
| 710630 | 10-May-10 | Valero | ANA | 491 | RB | $ | 10,500.00 |
| 810631 | 10-May-10 | Valero | NRV | 262 | RB | $ | 10,074.26 |

TOTAL    $    782,305.09

## Property & Equipment

| Item | Quantity | Value |
|------|----------|-------|
| Computers (SA) | 17 | $ 1,700.00 |
| Server | 1 | $ 500.00 |
| Auto Tape Backup | 1 | $ 2,000.00 |
| Monitors | 23 | $ 805.00 |
| Mail Machine & Scale | 1 | $ 1,500.00 |
| Desk phones | 25 | $ 625.00 |
| Printers | 12 | $ 525.00 |
| Calculators | 3 | $ 30.00 |
| Misc Supplies | | $ 500.00 |
| Binding machine | 2 | $ 80.00 |
| Laminating machine | 1 | $ 25.00 |
| Flat screen tvs | 5 | $ 950.00 |
| Hvy Duty Shredder | 1 | $ 100.00 |
| Exercise Equip. | 3 | $ 600.00 |
| **TOTAL** | | **$ 9,940.00** |

## Furniture & Fixtures

| Item | Quantity | Value |
|------|----------|-------|
| Conference table | 1 | $ 1,200.00 |
| Conference chairs | 12 | $ 1,200.00 |
| Credenza | 1 | $ 150.00 |
| Wood Desks | 5 | $ 2,000.00 |
| Reception desk | 1 | $ 300.00 |
| Executive desk | 1 | $ 2,000.00 |
| Executive credenza | 1 | $ 750.00 |
| Executive end table | 1 | $ 250.00 |
| Cubicles | 12 | $ 15,499.30 |
| Cubicle file cabinets | 21 | $ 420.00 |
| Desk chairs | 20 | $ 1,000.00 |
| Bookcases/shelves | 9 | $ 360.00 |
| Lateral File cabinets | 11 | $ 550.00 |
| Vertical File cabinets | 35 | $ 525.00 |
| Large storage cabinets | 3 | $ 105.00 |
| Map/chart tables | 2 | $ 100.00 |
| Metal storage shelves | 13 | $ 390.00 |
| Round wood table | 1 | $ 150.00 |
| Kitchen Table | 1 | $ 100.00 |
| Kitchen chairs | 10 | $ 100.00 |
| Wood Chairs | 24 | $ 1,200.00 |
| Sofas | 5 | $ 625.00 |
| Sofa Chairs | 4 | $ 300.00 |
| Reception chairs | 2 | $ 100.00 |
| Coffee/end tables | 5 | $ 200.00 |
| Rugs | 2 | $ 40.00 |
| Misc. Wall Décor | | $ 200.00 |
| **TOTAL** | | **$ 29,814.30** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | $ 39,754.30 |

B6D (Official Form 6D) (12/07)

In re   **AHL Shipping Company**                                  , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. <br><br> **Northrop Grumman** <br> **1000 Access Road** <br> **Pascagoula, MS 39567** | - | | | | **10/10/1997** <br><br> **Second Preferred Ship Mortgage** <br><br> **SS Captain H.A. Downing** <br> **M/V New River** <br> **M/V The Monseigneur** <br><br> Value $            **25,500,000.00** | | | | 7,931,380.00 | 7,931,380.00 |
| Account No. <br><br> **STUSCO** <br> **909 Fannin Street, Suite 794H** <br> **Houston, TX 77010** | - | | | | **7/02/2007** <br><br> **Third Preferred Ship Mortgage** <br><br> **SS Captain H.A. Downing** <br> **M/V New River** <br> **M/V The Monseigneur** <br><br> Value $            **25,500,000.00** | | | | 404,900,000.00 | 404,900,000.00 |
| Account No. <br><br> **U.S. Dept. of Transportation -** <br> **Maritime Administration** <br> **As Assignee for Bondholders** <br> **1200 New Jersey Avenue, SE** <br> **Washington, DC 20590** | - | | | | **First Preferred Ship Mortgage** <br><br> **SS Captain H.A. Downing** <br> **M/V New River** <br> **M/V The Monseigneur** <br><br> Value $            **25,500,000.00** | | | | 97,513,653.62 | 72,013,653.62 |
| Account No. <br><br> **Various Possible Maritime Lien** <br> **Claims** | - | | | | <br><br> Value $            **Unknown** | | | | **Unknown** | **Unknown** |

__0__  continuation sheets attached

Subtotal
(Total of this page) | 510,345,033.62 | 484,845,033.62

Total
(Report on Summary of Schedules) | 510,345,033.62 | 484,845,033.62

In re    **AHL Shipping Company**         ,    Case No. _____

                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

In re **AHL Shipping Company** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ABC Urgent Care LLC** **275 West Cocoa Beach Causeway** **Cocoa Beach, FL 32931-3529** | | - | | | | | | 95.00 |
| Account No. | | | | | | | | |
| **Abington Memorial Hospital** **2500 Maryland Rd., 4th Floor** **Willow Grove, PA 19090** | | - | | | | | | 40.00 |
| Account No. | | | | | | | | |
| **ABS AMERICAS** **P.O. Box 201614** **Houston, TX 77216-1614** | | - | | | | | | 28,121.00 |
| Account No. | | | | | | | | |
| **ABS Marine Casualty Res** **P.O. Box 911477** **Dallas, TX 75391-1477** | | - | | | | | | 1,800.00 |

__52__ continuation sheets attached

Subtotal (Total of this page)  30,056.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **AHL Shipping Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Accord International** **4380 S. Wayside** **Suite 100** **Houston, TX 77087** | - | | | | | | | 1,594.52 |
| Account No. | | | | | | | | |
| **Air Products AS** **P.O. Box 4103** **Komgsgard, N-4689** **Kristiansand S, Norway** | - | | | | | | | 37,325.70 |
| Account No. | | | | | | | | |
| **Al Nierenberg** **P.O. Box 130345** **Tampa, FL 33681** | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| **American Express** **P. O. Box 650448** **Dallas, TX 75265-1448** | - | | | | | | | 21,384.90 |
| Account No. | | | | | | | | |
| **Anderson/Kelly Associates** **P.O. Box 1129** **Andover, NJ 07821** | - | | | | | | | 1,760.00 |

Sheet no. __1__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,065.12

In re  **AHL Shipping Company**                                    ,        Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Applied Weather Technology** 158 Commercial Street Sunnyvale, CA 94086 | - | | | | | | 4,860.00 |
| Account No. **Aransas - Corpus Christi Pilots** P.O. Box 2767 Corpus Christi, TX 78403 | - | | | | | | 6,808.98 |
| Account No. **Asamar Bunkers** 115/117 RUA De Carreura Funchal, Madeira 9000-042 | - | | | | | | 832,570.00 |
| Account No. **Associated Federal Pilots** 2315 N. Woodlawn Suite 104 Metairie, LA 70001 | - | | | | | | 5,629.41 |
| Account No. **AT&T Mobility** P.O. Box 6463 Carol Stream, IL 60197-6463 | - | | | | | | 731.00 |

Sheet no. __2__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        850,599.39

In re **AHL Shipping Company** ,                     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Atlas Incinerators** **P.O. Box 143** **Masnedovej** **Vordingborg, Denmark DK-4760** | - | | | | | | 46,646.67 |
| Account No. | | | | | | | |
| **B & P International-Marine Division** **P.O. Box 5428** **Newark, NJ 07188-5428** | - | | | | | | 34,052.52 |
| Account No. | | | | | | | |
| **Baker, Lyman & Company** **5250 Veterans Memorial Blvd.** **Metairie, LA 70006** | - | | | | | | 3,931.32 |
| Account No. | | | | | | | |
| **Bakersfield Family Medical** **P.O. Box 7002** **Lancaster, CA 93539-7002** | - | | | | | | 265.00 |
| Account No. | | | | | | | |
| **Bank of America Leasing** **P.O. Box 371992** **Pittsburgh, PA 15250-7992** | - | | | | | | 2,801.71 |

Sheet no. __3__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     87,697.22

In re **AHL Shipping Company** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bank of New York** P.O. Box 19445A Newark, NJ 07195-0445 | - | | | | | | 3,600.00 |
| Account No. | | | | | | | |
| **Barrier Reef Emerg. Phy.** P.O. Box 98694 Las Vegas, NV 89193 | - | | | | | | 1,092.00 |
| Account No. | | | | | | | |
| **Baton Rouge Radiology Group** P.O. Box 14530 Baton Rouge, LA 70898 | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| **Baydelta Maritime** P.O. Box 2088 San Francisco, CA 94126 | - | | | | | | 55,511.28 |
| Account No. | | | | | | | |
| **Bellevue Natural Health** 1 Lake Bellevue Drive Suite 107 Bellevue, WA 98005 | - | | | | | | 325.00 |

Sheet no. __4__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                60,728.28
(Total of this page)

In re   **AHL Shipping Company**                                          ,   Case No. _____

_____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Best Bet Line Handlers** **1335 East Navigation** **P.O. Box 4977** **Corpus Christi, TX 78469-4977** | - | | | | | | 16,087.50 |
| Account No. | | | | | | | |
| **Biehl & Co. LP** **399 Market Street** **Philadelphia, PA 19106-2138** | - | | | | | | 14,974.18 |
| Account No. | | | | | | | |
| **Blue Cross Blue Shield** **P.O. Box 261798** **Baton Rouge, LA 70826** | - | | | | | | 900.06 |
| Account No. | | | | | | | |
| **Borgess Medical Center** **3198 Solutions Center** **Chicago, IL 60677-3001** | - | | | | | | 558.00 |
| Account No. | | | | | | | |
| **BP Marine Ltd.** **P.O. Box 2143** **Carol Stream, IL 60132-2143** | - | | | | | | 18,806.62 |

Sheet no. __5___ of __52__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)          51,326.36

In re  **AHL Shipping Company**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Braintree Rehab Hospital** 250 Pond Street Braintree, MA 02184 | - | | | | | | 300.00 |
| Account No. **Buck Kreihs Marine Repair** P.O. Box 952479 Atlanta, GA 31192-2479 | - | | | | | | 1,600,076.04 |
| Account No. **Bunkers International** 110 Timberlachen Circle Suite 102 Lake Mary, FL 32746 | - | | | | | | 1,068,816.95 |
| Account No. **Business and Legal Rep.** 141 Mill Rock Road East Old Saybrook, CT 06475 | - | | | | | | 895.00 |
| Account No. **Butterworth, Inc.** 16737 W. Hardy Road Houston, TX 77060 | - | | | | | | 3,033.60 |

Sheet no. __6__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,673,121.59

In re **AHL Shipping Company** , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| C. C. Corporation 243 Spring Street Newport, RI 02840 | - | | | | | | 350.00 |
| Account No. | | | | | | | |
| C. Fernie & Co., S.A. Box 5042 Crisobal, Colon Republic of Panama | - | | | | | | 1,103.54 |
| Account No. | | | | | | | |
| Carlsen's Mooring & Ma 4711 Gulf Avenue Groves, TX 77619 | - | | | | | | 1,791.00 |
| Account No. | | | | | | | |
| Catherine M. Mizen ARN 1500 Commercial Avenue Anacortes, WA 98221 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Causeway Medical Clinic 7108 Causeway Blvd. Tampa, FL 33619 | - | | | | | | 2,555.00 |

Sheet no. __7___ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,889.54

In re  **AHL Shipping Company**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CDW** **P.O. Box 708820** **Sandy, UT 84070-9953** | - | | | | | | 373.99 |
| Account No. | | | | | | | |
| **Central Healthcare Service** **P.O. Box 1787** **Metairie, LA 70004** | - | | | | | | 185.00 |
| Account No. | | | | | | | |
| **Central Peninsula Family PRA** **506 Lake Street** **Kenai, AK 99611** | - | | | | | | 146.00 |
| Account No. | | | | | | | |
| **Chaffe & Associates** **201 St. Charles Avenue** **Suite 1410** **New Orleans, LA 70170-1410** | - | | | | | | 8,300.00 |
| Account No. | | | | | | | |
| **Chamber of Shipping of America** **1730 M Street, NW** **Suite 407** **Washington, DC 20036** | - | | | | | | 15,100.00 |

Sheet no. __8__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,104.99

In re __**AHL Shipping Company**_____,     Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CHS Launch Services P.O. Box 16898 Galveston, TX 77552 | - | | | | | | 4,255.00 |
| Account No. | | | | | | | |
| CIT Technology Fin.Serv. 21146 Network Place Chicago, IL 60673-1211 | - | | | | | | 1,237.58 |
| Account No. | | | | | | | |
| Coastal Line Handling 111 Soledad Suite 150 San Antonio, TX 78205 | - | | | | | | 8,586.18 |
| Account No. | | | | | | | |
| Community Coffee Co. P.O. Box 60141 New Orleans, LA 70160 | - | | | | | | 330.00 |
| Account No. | | | | | | | |
| Concentra Medical Center Occupational Health Centers of NJ P.O. Box 8750 Elkridge, MD 21075-8750 | - | | | | | | 6,128.26 |

Sheet no. __**9**___ of __**52**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,537.02

In re **AHL Shipping Company** ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Concord Hosp. Phys. Group 250 Pleasant Street Concord, NH 03301 | | - | | | | | 638.00 |
| Account No. | | | | | | | |
| Concord Hospital 250 Pleasant Street Concord, NH 03301 | | - | | | | | 1,842.00 |
| Account No. | | | | | | | |
| Cooper/T. Smith Mooring P.O. Box 934001 Atlanta, GA 31193-4001 | | - | | | | | 603.25 |
| Account No. | | | | | | | |
| Copy Concierge 111 Soledad Suite 150 San Antonio, TX 78205 | | - | | | | | 955.83 |
| Account No. | | | | | | | |
| Corpus Christi Int'l Seaman's Ctr. 1501 Mesquite Corpus Christi, TX 78401-1117 | | - | | | | | 320.00 |

Sheet no. __10__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,359.08

In re   **AHL Shipping Company**                  ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Costas Georgas, P.E. <br> 71 Pinapple Street <br> Brooklyn, NY 11201 | - | | | | | | 67,015.00 |
| Account No. <br><br> CT Corporation <br> P.O. Box 4349 <br> Carol Stream, IL 60197-4349 | - | | | | | | 2,950.00 |
| Account No. <br><br> D. Voehl Testing Corp. <br> 39 Elkland Road <br> Melville, NY 11747 | - | | | | | | 29,509.48 |
| Account No. <br><br> Danner's <br> 7130 Navigation <br> Houston, TX 77011 | - | | | | | | 6,543.85 |
| Account No. <br><br> Diners Club <br> P.O. Box 6935 <br> The Lakes, NV 88901-6935 | - | | | | | | 50,286.40 |

Sheet no. __11__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal                 
(Total of this page)         **156,304.73**

In re  **AHL Shipping Company**                                                                ,          Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dockside Machine & Ship Repair** <br> **P.O. Box 1301** <br> **San Pedro, CA 90733-1301** | - | | | | | | 56,848.09 |
| Account No. <br><br> **Doctor's Care PA** <br> **P.O. Box 890790** <br> **Charlotte, NC 28289** | - | | | | | | 85.00 |
| Account No. <br><br> **E.N. Bisso & Son, Inc.** <br> **3939 Causeway Blvd.** <br> **Metairie, LA 70002** | - | | | | | | 23,846.04 |
| Account No. <br><br> **East Houston Reg.Med. Center** <br> **P.O. Box 406346** <br> **Atlanta, GA 30384-6346** | - | | | | | | 5,623.66 |
| Account No. <br><br> **Emergency Prof. Svs. Inc.** <br> **P.O. Box 634704** <br> **Cincinnati, OH 45263-4704** | - | | | | | | 1,227.00 |

Sheet no. __12__ of __52__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)          87,629.79

In re **AHL Shipping Company**                                                    Case No. _____
                                                                            ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Enjet LLC** **5373 West Alabama Street** **#502** **Houston, TX 77056-5923** | - | | | | | | | | 598,702.60 |
| Account No. | | | | | | | | | |
| **EP HVAC US Inc.** **2140 Wellsprings Drive** **Beaumont, TX 77705** | - | | | | | | | | 8,491.00 |
| Account No. | | | | | | | | | |
| **Fed Ex** **P.O. Box 94515** **Palatine, IL 60094-4515** | - | | | | | | | | 2,442.98 |
| Account No. | | | | | | | | | |
| **Fiduciary Trust Service, Inc.** **5140 Commerce Circle** **Indianapolis, IN 46237** | - | | | | | | | | 12,000.00 |
| Account No. | | | | | | | | | |
| **FirstMed-Merrillville** **751 East 81st Place** **Merrillville, IN 46410-5538** | - | | | | | | | | 80.00 |

Sheet no. __13__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       621,716.58

In re  **AHL Shipping Company**                                              Case No. _____

                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Florida Transportation 952 N.W. 41 Street Miami, FL 33127 | - | | | | | | | 110.00 |
| Account No. | | | | | | | | |
| Foss Maritime Company 660 West Ewing Street Seattle, WA 98119-1587 | - | | | | | | | 25,396.50 |
| Account No. | | | | | | | | |
| Frank Mohen Houston, Inc. 3002 East 13th Street La Porte, TX 77571 | - | | | | | | | 398,284.25 |
| Account No. | | | | | | | | |
| Future Care, Inc. 200 East  74 Street New York, NY 10021 | - | | | | | | | 43,670.91 |
| Account No. | | | | | | | | |
| G C Electric, Inc. P.O. Box 1206 Port Arthur, TX 77641 | - | | | | | | | 60,659.70 |

Sheet no. __14__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

528,121.36

In re **AHL Shipping Company** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**g. Neil**<br>**P.O. Box 451179**<br>**Fort Lauderdale, FL 33345-1179** | - | | | | | | 57.99 |
| Account No.<br><br>**Galveston-Texas City Pilot**<br>**P.O. Box 16110**<br>**Galveston, TX 77552** | - | | | | | | 3,513.55 |
| Account No.<br><br>**George Ott Transportation Svc, Inc.**<br>**206 Huntlee Drive**<br>**New Orleans, LA 70131** | - | | | | | | 1,571.76 |
| Account No.<br><br>**Georgia Eye Institute**<br>**P.O. Box 14288**<br>**Savannah, GA 31416-1228** | - | | | | | | 181.00 |
| Account No.<br><br>**Global Diving & Salvage**<br>**3840 W. Marginal Way S.W.**<br>**Seattle, WA 98106** | - | | | | | | 3,614.97 |

Sheet no. __15__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,939.27

In re **AHL Shipping Company**                                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Global Environmental & Marine Svc, Inc. P.O. Box 62391 Houston, TX 77205 | - | | | | | | | | 4,425.00 |
| Account No. | | | | | | | | | |
| Globe Wireless LLC P.O. Box 513058 Los Angeles, CA 90051-1058 | - | | | | | | | | 35,669.23 |
| Account No. | | | | | | | | | |
| Golden View Imaging 1393 Santa Rita Road Pleasanton, CA 94566 | - | | | | | | | | 6,885.00 |
| Account No. | | | | | | | | | |
| Greater Houston Emergency Physicians P.O. Box 200211 Houston, TX 77216 | - | | | | | | | | 549.00 |
| Account No. | | | | | | | | | |
| Gulf Copper & Manufacturing Corp. P.O. Box 547 Port Arthur, TX 77641-0547 | - | | | | | | | | 6,790.53 |

Sheet no. __16__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    54,318.76

In re **AHL Shipping Company** ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Gulf Inland Marine Service** 1208 W. Hwy. 30, Bldg. 3, Suite 2 P.O. Box 730 Gonzales, LA 70707-0730 | - | | | | | | | 3,267.88 |
| Account No. **Gunderland Marine Supply** P.O. Box 9758 Corpus Christi, TX 78469-9758 | - | | | | | | | 22,508.56 |
| Account No. **Harbor Docking and Towing** P.O. Box 248 Westlake, LA 70669-0248 | - | | | | | | | 80,963.67 |
| Account No. **Harbor Ship Supply** P.O. Box 310 San Pedro, CA 90732 | - | | | | | | | 47,160.48 |
| Account No. **Health Connections** 756 Commercial Street Rockport, ME 04856 | - | | | | | | | 361.91 |

Sheet no. __17__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    154,262.50

In re **AHL Shipping Company** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Health First Corporate Partner 1051 S. Hickory Street Suite A434-7247 Melbourne, FL 32901 | - | | | | | | 268.00 |
| Account No. | | | | | | | |
| Health Resources P.O. Box 55145 Boston, MA 02205 | - | | | | | | 835.00 |
| Account No. | | | | | | | |
| Honeywell Hermetic, Inc. 2000 N. Fieldcourt Roswell, GA 30076 | - | | | | | | 9,137.48 |
| Account No. | | | | | | | |
| Howard C. Williams MD 1301 Park Avenue Orange, TX 77630 | - | | | | | | 30.00 |
| Account No. | | | | | | | |
| Hudson Marine Management Svs 4350 Haddonfield Road Suite 30 Merchantville, NJ 08109 | - | | | | | | 6,035.00 |

Sheet no. __18__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  16,305.48

In re __**AHL Shipping Company**_____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hueber Launch Service** **Box 227** **Marcus Hook, PA 19061** | - | | | | | | 8,320.50 |
| Account No. | | | | | | | |
| **Hydraulic Fabrication** **108 Edwards Avenue** **New Orleans, LA 70123** | - | | | | | | 21,212.57 |
| Account No. | | | | | | | |
| **Imaging Healthcare Spe** **P.O. Box 34307** **San Diego, CA 92163** | - | | | | | | 147.07 |
| Account No. | | | | | | | |
| **Industrial Scientific** **1001 Oakdale Road** **Oakdale, PA 15071** | - | | | | | | 697.38 |
| Account No. | | | | | | | |
| **Inphynet South Broward** **P.O. Box 850001** **Orlando, FL 32885** | - | | | | | | 234.00 |

Sheet no. __19__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,611.52

In re **AHL Shipping Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Instruments & Controls, Inc. 271 East Green Street Westminster, MD 21157 | - | | | | | | 633.75 |
| Account No. | | | | | | | |
| Intercontinental Terminals P.O. Box 4346, Dept. 578 Houston, TX 77210-4346 | - | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| Internal Medicine Specialists 100-B York Street Center 142 West York Street Norfolk, VA 23510 | - | | | | | | 926.50 |
| Account No. | | | | | | | |
| IOMM&P 700 Maritime Blvd. Suite B Linthicum Heights, MD 21090 | - | | | | | | 8,750.43 |
| Account No. | | | | | | | |
| Jefferson & Orange County 1836 Westlake Avenue North Suite 104 Seattle, WA 98109 | - | | | | | | 90.00 |

Sheet no. __20__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,900.68

In re  **AHL Shipping Company**                                  ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Jim Patti** **1025 Connecticut Ave. NW** **Suite 507** **Washington, DC 20036** | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| **Jordon on the Job** **275 Sandwich Street** **Plymouth, MA 02360** | - | | | | | | 169.00 |
| Account No. | | | | | | | |
| **Josefino Bargas MD** **5212 N. Pearl Street** **Jacksonville, FL 32208** | - | | | | | | 1,030.00 |
| Account No. | | | | | | | |
| **K&L Gates** **1601 K Street** **Washington, DC 20006-1600** | - | | | | | | 25,868.64 |
| Account No. | | | | | | | |
| **Keesal, Young & Logan** **400 Oceangate** **P.O. Box 1730** **Long Beach, CA 90801-1730** | - | | | | | | 1,000.00 |

Sheet no. __21__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          33,067.64

In re **AHL Shipping Company** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Koolau Radiology** 1380 Lusitania Suite 200 Honolulu, HI 96813 | - | | | | | | 109.29 |
| Account No. **L & R Midland, Inc.** P.O. Box 19458 Houston, TX 77224-9458 | - | | | | | | 1,018,517.15 |
| Account No. **L-3 G.A. International** 300 SW 3rd Avenue Fort Lauderdale, FL 33315 | - | | | | | | 3,208.58 |
| Account No. **Laboratory Corporation of America** P.O. Box 2270 Burlington, NC 27216-2270 | - | | | | | | 151.00 |
| Account No. **Lake Charles Harbor & Terminal Dist.** P.O. Box 54887 New Orleans, LA 70154-4887 | - | | | | | | 7,420.88 |

Sheet no. __22__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,029,406.90

In re **AHL Shipping Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lake Charles Harbor & Terminal District P.O. Box 3753 Lake Charles, LA 70602-3753 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Lake Charles Pilots, Inc. 4902 Ihles Road Lake Charles, LA 70605 | - | | | | | | | 17,277.60 |
| Account No. | | | | | | | | |
| Lakeshore Spine and Pain 5511 West U.S. 10 Ludington, MI 49431 | - | | | | | | | 128.00 |
| Account No. | | | | | | | | |
| Lakeside Occupational Medical 1400 East Bay Drive Largo, FL 33771 | - | | | | | | | 530.00 |
| Account No. | | | | | | | | |
| Lee Engineering Supply P.O. Box 23340 New Orleans, LA 70183 | - | | | | | | | 127,967.35 |

Sheet no. __23__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  146,002.95

In re **AHL Shipping Company** , Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Lincoln National Life** **8801 Indian Hills Drive** **Omaha, NE 68114-4066** | - | | | | | | | | 1,681.72 |
| Account No. | | | | | | | | | |
| **LiquiFile Services** **245 Junction Tank** **Roswell, GA 30075** | - | | | | | | | | 425.00 |
| Account No. | | | | | | | | | |
| **Louisiana Environmental Monitoring, Inc.** **301 Turn Row** **Lafayette, LA 70508** | - | | | | | | | | 1,162.24 |
| Account No. | | | | | | | | | |
| **Louisiana Environmental Monitoring, Inc.** **301 Turn Row** **Lafayette, LA 70508** | - | | | | | | | | 3,940.00 |
| Account No. | | | | | | | | | |
| **Louisiana Machinery LL** **3799 W. Airline Hwy.** **P.O. Drawer 536** **Reserve, LA 70084-0536** | - | | | | | | | | 9,855.00 |

Sheet no. __24__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,063.96

In re **AHL Shipping Company** , Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lowcountry Marine Service 5373 West Alabama Suite 502 Houston, TX 77056 | - | | | | | | 893.00 |
| Account No. | | | | | | | |
| M.J. Hogan & Company P.O. Box 30277 Savannah, GA 31410 | - | | | | | | 761.00 |
| Account No. | | | | | | | |
| Mako's Water Taxi P.O. Box 2001 Homer, AK 99603 | - | | | | | | 2,150.00 |
| Account No. | | | | | | | |
| Mallory Jones Lynch & Asso. 2187 Atlantic Street Stamford, CT 06902-6880 | - | | | | | | 36,875.91 |
| Account No. | | | | | | | |
| Man Mar Technical, Inc. 8902 Telephone Road Houston, TX 77061 | - | | | | | | 3,425.00 |

Sheet no. __25__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    44,104.91

In re  **AHL Shipping Company**                                          ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Managed Prescription Program** **10860 Mavinee Drive** **Tucson, AZ 85737** | | | | | | | 55.60 |
| Account No. | | - | | | | | |
| **Marine Guard Service** **Philadelphia, PA 19123** | | | | | | | 190.75 |
| Account No. | | - | | | | | |
| **Marine Response Alliance** **P.O. Box 2287** **Seattle, WA 98111** | | | | | | | 1,110.00 |
| Account No. | | - | | | | | |
| **Maritime Institute of Technology & Grad** **692 Maritime Blvd.** **Linthicum Heights, MD 21090-1952** | | | | | | | 5,408.20 |
| Account No. | | - | | | | | |
| **Maritime Professional Training** **1915 South Andrews Avenue** **Fort Lauderdale, FL 33316** | | | | | | | 10,490.00 |

Sheet no. __26__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,254.55

In re __**AHL Shipping Company**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Masters,  Mates and Pilots**<br>**700 Maritime Blvd.**<br>**Suite A**<br>**Linthicum Heights, MD 21090** | - | | | | | | | **2,580,595.09** |
| Account No.<br><br>**Matrix Marine Fuels**<br>**15631 Jacintoport Blvd.**<br>**Houston, TX 77015** | - | | | | | | | **2,684.96** |
| Account No.<br><br>**McCurnin Nautical Char**<br>**P.O. Box 6304**<br>**Metairie, LA 70009-6304** | - | | | | | | | **11,901.79** |
| Account No.<br><br>**Medical Associates Clinic**<br>**1500 Associates Drive**<br>**Dubuque, IA 52002-2260** | - | | | | | | | **286.55** |
| Account No.<br><br>**Medwork 84**<br>**407 SE 24th Street**<br>**Fort Lauderdale, FL 33316** | - | | | | | | | **975.00** |

Sheet no. __**27**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,596,443.39**

In re   **AHL Shipping Company**                         ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Memorial Maritime Clinic** <br> **150 South Pico Avenue** <br> **Long Beach, CA 90802** | - | | | | | | 175.00 |
| Account No. <br><br> **Metro Health Hospital** <br> **P.O. Box 159** <br> **Grand Rapids, MI 49501-0159** | - | | | | | | 4,352.00 |
| Account No. <br><br> **Miami Diver, Inc.** <br> **2994 North Miami Avenue** <br> **Miami, FL 33127** | - | | | | | | 2,448.00 |
| Account No. <br><br> **Milby Clinic, P.A.** <br> **5151 Katy Freeway, #130** <br> **Houston, TX 77007** | - | | | | | | 308.00 |
| Account No. <br><br> **Millennium Maritime, Inc.** <br> **P.O. Box 24062** <br> **Seattle, WA 98124-1062** | - | | | | | | 20,554.63 |

Sheet no. __28__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      27,837.63

In re __AHL Shipping Company__ ,            Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Millennium Radiology Associates LTD** **5620 Southwyck Road** **Toledo, OH 43614** | - | | | | | | 106.00 |
| Account No. | | | | | | | |
| **Minutemen Press** **12001 Network Blvd.** **Suite 115** **San Antonio, TX 78249** | - | | | | | | 680.81 |
| Account No. | | | | | | | |
| **MOLES, Inc.** **P.O. Box 206** **Mandeville, LA 70470** | - | | | | | | 60,000.00 |
| Account No. | | | | | | | |
| **Moran Charleston** **P.O. Box 409519** **Atlanta, GA 30384-9515** | - | | | | | | 7,589.19 |
| Account No. | | | | | | | |
| **Moran Gulf Agencies** **333 N. Sam Houston Pkwy. East** **#125** **Houston, TX 77070** | - | | | | | | 6,077.96 |

Sheet no. __29__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            74,453.96

In re   **AHL Shipping Company**               ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Moran Savannah**<br>**P.O. Box 409519**<br>**Atlanta, GA 30384-9519** | - | | | | | | 4,138.44 |
| Account No. <br><br>**Moran Shipping Agencie**<br>**125 Lavan Street**<br>**Warwick, RI 02888** | - | | | | | | 164,921.59 |
| Account No. <br><br>**National Response Corp.**<br>**3500 Sunrise Highway**<br>**Suite T103**<br>**Great River, NY 11739** | - | | | | | | 46,712.32 |
| Account No. <br><br>**Neopost, Inc.**<br>**P.O. Box 45800**<br>**San Francisco, CA 94145-0800** | - | | | | | | 134.94 |
| Account No. <br><br>**Newton Wellesley Orthopedic Assoc.**<br>**2000 Washington Street**<br>**Suite 341**<br>**Newton Lower Falls, MA 02462** | - | | | | | | 1,615.00 |

Sheet no. __30__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **217,522.29**

In re **AHL Shipping Company**
                                                                Case No. _____
                          Debtor                          ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NextCare Doctors Urgent P.O. Box 41008 Fayetteville, NC 28309-1008 | - | | | | | | | 178.00 |
| Account No. | | | | | | | | |
| O'Briens Response Mana Box 2591 P.O. Box 8500 Philadelphia, PA 19178-2591 | - | | | | | | | 14,700.00 |
| Account No. | | | | | | | | |
| Oakland Family Health Care 9 Pleasant Street Oakland, ME 04963 | - | | | | | | | 163.00 |
| Account No. | | | | | | | | |
| Oaklander Primary Med Assoc. 311 South Cypress Road Pompano Beach, FL 33060 | - | | | | | | | 742.00 |
| Account No. | | | | | | | | |
| Occupational Health Center 70 Park Hill Avenue OccMed MSO Boston, MA 02120 | - | | | | | | | 241.99 |

Sheet no. __31__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,024.99

In re **AHL Shipping Company** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Occupational Health Center of Louisiana P.O. Box 75430 Oklahoma City, OK 73147-0430 | - | | | | | | 447.74 |
| Account No. | | | | | | | |
| Office Depo P.O. Box 689020 Des Moines, IA 50368 | - | | | | | | 329.71 |
| Account No. | | | | | | | |
| Offshore Marine Towing 560 NE 26th Court Pompano Beach, FL 33064 | - | | | | | | 481.25 |
| Account No. | | | | | | | |
| Offshore Suppliers, Inc. P.O. Box 821 Metairie, LA 70004-0821 | - | | | | | | 60,169.99 |
| Account No. | | | | | | | |
| Orthopaedic Specialist 3434 Prytania Street Suite 310 New Orleans, LA 70115 | - | | | | | | 4,965.00 |

Sheet no. __32__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  66,393.69

In re **AHL Shipping Company**                                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Overseas Medical Center** **49 Drumm Street** **San Francisco, CA 94111** | - | | | | | | 390.00 |
| Account No. | | | | | | | |
| **Ozarka** **P.O. Box 856680** **Louisville, KY 40285-6680** | - | | | | | | 197.79 |
| Account No. | | | | | | | |
| **Parish Anesthesia** **P.O. Box 8444** **Metairie, LA 70011** | - | | | | | | 2,079.00 |
| Account No. | | | | | | | |
| **Parish Anesthesia Asso.** **P.O. Box 8444** **Metairie, LA 70011** | - | | | | | | 990.00 |
| Account No. | | | | | | | |
| **Park Med Urgent Care Center** **P.O. Box 410229** **Nashville, TN 37241-0229** | - | | | | | | 274.00 |

Sheet no. __33__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,930.79

In re   **AHL Shipping Company**                     ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pelican Marine Supply** <br> **P.O. Box 1014** <br> **Harvey, LA 70059** | - | | | | | | 5,876.87 |
| Account No. <br><br> **Pelican State Outpatient Center** <br> **1525 Dickory Avenue** <br> **New Orleans, LA 70123-2168** | - | | | | | | 3,112.00 |
| Account No. <br><br> **Pension Investors Corp.** <br> **220 E. Central Parkway** <br> **Suite 3040** <br> **Altamonte Springs, FL 32701** | - | | | | | | 500.00 |
| Account No. <br><br> **Pentagon Publishing** <br> **P.O. Box 451403** <br> **Atlanta, GA 31145** | - | | | | | | 2,242.50 |
| Account No. <br><br> **Petchem, Inc.** <br> **P.O. Box 12030** <br> **Wilmington, NC 28405** | - | | | | | | 12,499.65 |

Sheet no. __34__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **24,231.02**

In re **AHL Shipping Company**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Peter R. Grinkewitz, D | - | | | | | | |
| | | | | | | | 146.00 |
| Account No. | | | | | | | |
| Physical Therapy 2760 Atlantic Avenue Long Beach, CA 90806 | - | | | | | | |
| | | | | | | | 275.00 |
| Account No. | | | | | | | |
| Pivach & Pivach, L.L.C. P.O. Box 7125 Belle Chasse, LA 70037 | - | | | | | | |
| | | | | | | | 564.00 |
| Account No. | | | | | | | |
| Plaquemines Port, Harbor & Terminal Route 1, Box 206 124 Edna Lafrance Road Braithwaite, LA 70040-9715 | - | | | | | | |
| | | | | | | | 393.75 |
| Account No. | | | | | | | |
| Platform Marine P.O. Box 7110 Victoria, TX 77903 | - | | | | | | |
| | | | | | | | 4,020.00 |

Sheet no. __35__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                5,398.75

In re **AHL Shipping Company**                                                   , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Port Arthur Int'l Seamen's Center** **P.O. Box 1646** **Port Arthur, TX 77641** | - | | | | | | | | 100.00 |
| Account No. | | | | | | | | | |
| **Port of Corpus Christi Authority** **P.O. Box 1541** **Corpus Christi, TX 78403** | - | | | | | | | | 56,089.75 |
| Account No. | | | | | | | | | |
| **Port of Port Arthur Naval District** **P.O. Box 1428** **Port Arthur, TX 77641-1428** | - | | | | | | | | 15,709.63 |
| Account No. | | | | | | | | | |
| **Port Ship Services, Inc** **P.O. Box 369** **Arabi, LA 70032** | - | | | | | | | | 6,215.00 |
| Account No. | | | | | | | | | |
| **Quest Diagnostic** **P.O. Box 5000** **Southeastern, PA 19398** | - | | | | | | | | 34.49 |

Sheet no. __36__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,148.87

In re **AHL Shipping Company**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Quest Diagnostics P.O. Box 740709 Atlanta, GA 30374 | - | | | | | | 426.49 |
| Account No. | | | | | | | |
| R & R Marine, Inc. 7200 Hwy. 87 East Port Arthur, TX 77642 | - | | | | | | 20,000.00 |
| Account No. | | | | | | | |
| R. Webster Stewart, MD P.O. Box 180 Shreveport, LA 71161 | - | | | | | | 275.00 |
| Account No. | | | | | | | |
| Refractory Repair Service 2980 Faye Road Jacksonville, FL 32226-2329 | - | | | | | | 104,524.28 |
| Account No. | | | | | | | |
| Ricoh Americas Corporation P.O. Box 105533 Atlanta, GA 30348 | - | | | | | | 1,318.78 |

Sheet no. __37__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,544.55

In re **AHL Shipping Company** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Ring Maritime Services 216 W. Powhatan Avenue Essington, PA 19029 | - | | | | | | | 1,421.93 |
| Account No. | | | | | | | | |
| Robert G. Testa-Westlake Foot & Ankle P.O. Box 45324 Westlake, OH 44145-0324 | - | | | | | | | 826.00 |
| Account No. | | | | | | | | |
| Rolls-Royce Commercial 200 James Drive West Saint Rose, LA 70087 | - | | | | | | | 13,671.32 |
| Account No. | | | | | | | | |
| Ryan Marine Services 7500 Harborside Drive Galveston, TX 77554 | - | | | | | | | 7,623.75 |
| Account No. | | | | | | | | |
| Ryan Welter MD PC UC 675 Paramount Drive Raynham, MA 02767 | - | | | | | | | 587.00 |

Sheet no. __38__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 24,130.00

In re __AHL Shipping Company__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Sabine Bank Pilots**<br>**P.O. Box 4869**<br>**Houston, TX 77210** | - | | | | | | | 7,764.30 |
| Account No. <br><br>**Sabine Pilots Association**<br>**Dept. #116**<br>**P.O. Box 4869**<br>**Houston, TX 77210-4869** | - | | | | | | | 11,404.70 |
| Account No. <br><br>**Savage Shipping Company**<br>**701 Harbour Post Dr.**<br>**Tampa, FL 33602** | - | | | | | | | 1,176.60 |
| Account No. <br><br>**Scobey Moving & Storage**<br>**9625 North Broadway**<br>**San Antonio, TX 78217** | - | | | | | | | 482.00 |
| Account No. <br><br>**Seabulk Towing Service**<br>**P.O. Box 930220**<br>**Atlanta, GA 31193-0220** | - | | | | | | | 60,511.00 |

Sheet no. __39__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     81,338.60

In re   **AHL Shipping Company**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Seith Feldman, D.O., P.A. 407 S.E. 24th Street Fort Lauderdale, FL 33316 | | - | | | | | | | 405.00 |
| Account No.  Shannon Sales, LLC 124 South Drive Covington, LA 70433 | | - | | | | | | | 8,035.56 |
| Account No.  Sharon Downing P.O. Box 6609 Kingwood, TX 77325 | | - | | | | | | | 2,771.62 |
| Account No.  Simmon Boardman Publishing P.O. Box 10 Omaha, NE 68101 | | - | | | | | | | 110.45 |
| Account No.  Slidell Memorial Hospital P.O. Box 54710 New Orleans, LA 70154 | | - | | | | | | | 5,111.96 |

Sheet no. __40__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,434.59

In re **AHL Shipping Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **South Carolina State Port Authority** P.O. Box 22287 Charleston, SC 29413-2287 | - | | | | | | 127.00 |
| Account No. | | | | | | | |
| **Springhill Physician Practice** 3715 Dauphin Street Suite 503B Mobile, AL 36608 | - | | | | | | 1,275.00 |
| Account No. | | | | | | | |
| **Sprint** P.O. Box 660075 Dallas, TX 75266-0075 | - | | | | | | 5,586.35 |
| Account No. | | | | | | | |
| **SST Marine Consulting, Inc.** 3200 S. Andrews Avenue Suite 117 Fort Lauderdale, FL 33316 | - | | | | | | 2,100.00 |
| Account No. | | | | | | | |
| **St. Charles Surgical Hospital** P.O. Box 8770 Metairie, LA 70011 | - | | | | | | 17,982.23 |

Sheet no. __41__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 27,070.58

In re **AHL Shipping Company** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **St. John Westshore Hospital** <br> **P.O. Box 951073** <br> **Cleveland, OH 44193** | - | | | | | | 3,806.35 |
| Account No. <br><br> **St. Johns Bar Pilot Asso.** <br> **4910 Ocean Street** <br> **Atlantic Beach, FL 32233** | - | | | | | | 1,912.20 |
| Account No. <br><br> **Street Retail San Antonio LP** <br> **c/o Federal Realty Inv. Trust** <br> **P.O. Box 79408** <br> **City of Industry, CA 91716-9408** | - | | | | | | **Unknown** |
| Account No. <br><br> **Suderman & Young Towing** <br> **2777 Allen Parkway** <br> **Houston, TX 77019** | - | | | | | | 64,792.35 |
| Account No. <br><br> **Summit Medical Group, PC** <br> **220 Cottage Street** <br> **Littleton, NH 03561** | - | | | | | | 229.00 |

Sheet no. __42__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,739.90

In re  **AHL Shipping Company**                                                 ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sylvia S. Romo, CPA, RTA, CTA** **Bexar County Tax Assessor** **P.O. Box 839950** **San Antonio, TX 78283-3950** | - | | | | | | 63.88 |
| Account No. | | | | | | | |
| **T&T Offshore, Inc.** **9723 Teichman Road** **Galveston, TX 77554** | - | | | | | | 12,792.50 |
| Account No. | | | | | | | |
| **Telemar USA LLC** **P.O. Box 5727** **Pasadena, TX 77508** | - | | | | | | 98,516.74 |
| Account No. | | | | | | | |
| **Texas Mooring, Inc.** **621 Lakeside Drive** **Channelview, TX 77530** | - | | | | | | 2,769.00 |
| Account No. | | | | | | | |
| **Texas State Optical of Nederland** **8700 Central Mall Drive** **Port Arthur, TX 77642** | - | | | | | | 87.00 |

Sheet no. __43__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,229.12

In re    **AHL Shipping Company**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thomas Donahue** <br> **2425 L Street, NW #326** <br> **Washington, DC 20037** | - | | | | | | 5,000.00 |
| Account No. <br><br> **Tidewater Physical Therapy** <br> **771-A Pilot House Drive** <br> **Newport News, VA 23606** | - | | | | | | 514.00 |
| Account No. <br><br> **Total Marine Transport** <br> **6025 Kansas** <br> **Houston, TX 77007** | - | | | | | | 1,074.38 |
| Account No. <br><br> **Trace Analyics, Inc.** <br> **15768 Hamilton Pool Road** <br> **Austin, TX 78738** | - | | | | | | 448.00 |
| Account No. <br><br> **TradeWinds A/S** <br> **Marine Bulding East** <br> **70 Seaview Avenue** <br> **Stamford, CT 06902** | - | | | | | | 76.52 |

Sheet no. __44__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **7,112.90**

In re **AHL Shipping Company** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Transmarine Navigation** **301 E. Ocean Boulevard** **Suite 590** **Long Beach, CA 90802** | | - | | | | | 1,835.30 |
| Account No. | | | | | | | |
| **Triad Radiololgy Associates PLLC** **P.O. Box 26454** **Winston Salem, NC 27114-6454** | | - | | | | | 207.00 |
| Account No. | | | | | | | |
| **Trials, Inc./Docusource** **201 St. Charles Avenue** **Suite 1401** **New Orleans, LA 70170** | | - | | | | | 844.46 |
| Account No. | | | | | | | |
| **Trinitas Hospital** **P.O. Box 15069** **Newark, NJ 07192** | | - | | | | | 1,379.00 |
| Account No. | | | | | | | |
| **Tristan Medical Enterprises** **210 Washington Street** **Fairhaven, MA 02719** | | - | | | | | 871.00 |

Sheet no. __45__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,136.76

In re **AHL Shipping Company** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **U.S. Watertaxi & Port Services** **Berth 60** **San Pedro, CA 90731** | - | | | | | | 10,686.88 |
| Account No. | | | | | | | |
| **UCSD Occupational & Environmental** **330 Lews Street** **Suite 100** **San Diego, CA 92103-8800** | - | | | | | | 172.00 |
| Account No. | | | | | | | |
| **UMOE Schat-Harding, Inc.** **Dept. 5340** **P.O. Box 4228** **Houston, TX 77210-4228** | - | | | | | | 7,101.45 |
| Account No. | | | | | | | |
| **Underwater Services, Inc.** **P.O. Box 1461** **Aransas Pass, TX 78335** | - | | | | | | 18,867.50 |
| Account No. | | | | | | | |
| **Univ. of Pittsburgh Physicians** **P.O. Box 382053** **Pittsburgh, PA 15251-8053** | - | | | | | | 228.25 |

Sheet no. __46__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,056.08

In re **AHL Shipping Company**                                        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **University Services** **10551 Decatur Road** **Suite 200** **Philadelphia, PA 19154** | - | | | | | | | 907.50 |
| Account No. | | | | | | | | |
| **Univesity Med. Svc Assoc, Inc.** **P.O. Box 917571** **Orlando, FL 32891** | - | | | | | | | 11,122.00 |
| Account No. | | | | | | | | |
| **Univesity of Texas Medical Branch** **P.O. Box 4786 730** **Houston, TX 77210-4786** | - | | | | | | | 3,021.00 |
| Account No. | | | | | | | | |
| **UPMC Horizon** **P.O. Box 382007** **Pittsburgh, PA 15250** | - | | | | | | | 229.50 |
| Account No. | | | | | | | | |
| **US Coast Guard Vessel Inspections** **P.O. Box 70952** **Charlotte, NC 28272-0952** | - | | | | | | | 5,805.00 |

Sheet no. __47__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        21,085.00

In re __AHL Shipping Company__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **US Healthworks** P.O. Box 404473 Atlanta, GA 30384 | - | | | | | | 1,110.65 |
| Account No. **US Healthworks Medical Group, PC** P.O. Box 50042 Los Angeles, CA 90074 | - | | | | | | 307.66 |
| Account No. **US Healthworks Medical Group, TX** P.O. Box 404974 Atlanta, GA 30384 | - | | | | | | 2,204.13 |
| Account No. **US Healthworks, CA** P.O. Box 50046 Los Angeles, CA 90074-0046 | - | | | | | | 1,117.00 |
| Account No. **UTMB at Galveston** P.O. Box 4786730 Houston, TX 77210 | - | | | | | | 3,021.00 |

Sheet no. __48__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,760.44

In re **AHL Shipping Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UTMB Faculty Group Practice** P.O. Box 4797-710 Houston, TX 77210-4797 | - | | | | | | 30.00 |
| Account No. **Valero Marketing and Supply** Main Station E3A P.O. Box 696000 San Antonio, TX 78269-6000 | - | | | | | | 16,500.00 |
| Account No. **Valls Shipping Company** P.O. Box 2505 Corpus Christi, TX 78403 | - | | | | | | 61,783.46 |
| Account No. **Verizon Wireless** P.O. Box 660108 Dallas, TX 75266 | - | | | | | | 918.18 |
| Account No. **W & O Supply, Inc.** P.O. Box 933067 Atlanta, GA 31193-3067 | - | | | | | | 13,792.07 |

Sheet no. __49__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,023.71

In re  **AHL Shipping Company**                                              ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Wayne K. F. Lee, M.D. 1380 Lusitania Street Suite 708 Honolulu, HI 96813 | - | | | | | | 157.06 |
| Account No. | | | | | | | |
| Wegmann-Dazet & Company 111 Veterans Boulevard Suite 800 Metairie, LA 70005 | - | | | | | | 9,180.24 |
| Account No. | | | | | | | |
| Wells Fargo Financial Capital P.O. Box 7777 San Francisco, CA 94120-7777 | - | | | | | | 78.16 |
| Account No. | | | | | | | |
| West Coast Ship Supply 2665 Magnolia Street Oakland, CA 94607 | - | | | | | | 8,819.57 |
| Account No. | | | | | | | |
| Westar Marine Services Pier 50 Building C San Francisco, CA 94158 | - | | | | | | 1,166.00 |

Sheet no. __50__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                19,401.03

In re **AHL Shipping Company** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Westbank Industrial Medicine** <br>**P.O. Box 54997** <br>**New Orleans, LA 70154-4997** | - | | | | | | 217.00 |
| Account No. <br><br>**Westlake Foot** <br>**29101 Health Campus Drive** <br>**Westlake, OH 44145** | - | | | | | | 1,731.00 |
| Account No. <br><br>**Whitney National Bank** <br>**228 St. Charles Avenue** <br>**New Orleans, LA 70130** | - | | | | | | 7,145.17 |
| Account No. <br><br>**Wilhelmsen Ship Service** <br>**P.O. Box 951756** <br>**Dallas, TX 75395-1756** | - | | | | | | 102,287.03 |
| Account No. <br><br>**William Good** <br>**P.O. Box 630** <br>**Washougal, WA 98671** | - | | | | | | 5,000.00 |

Sheet no. __51__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 116,380.20

In re **AHL Shipping Company** , Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Wilmington Tug, Inc. P.O. Box 389 New Castle, DE 19720 | - | | | | | | 25,334.45 |
| Account No. | | | | | | | |
| Wilson Walton International 3349 Route 138, Bldg. B, Suite B Belmar, NJ 07719 | - | | | | | | 6,868.84 |
| Account No. | | | | | | | |
| Winward Marine Industry, Inc. 39 Franklin Lane Butler, NJ 07405 | - | | | | | | 700.00 |
| Account No. | | | | | | | |
| World Ship Supply, Inc. P.O. Box 231192 Houston, TX 77223-1192 | - | | | | | | 143,165.67 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __52__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 176,068.96

Total (Report on Summary of Schedules) 10,887,393.97

In re    **AHL Shipping Company**                             ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Applied Weather Technology**<br>**158 Commercial Street**<br>**Sunnyvale, CA 94086** | **Weather updates for ships** |
| **AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197** | **Communications** |
| **B&P International-Marine Division**<br>**Arthur J. Gallagher & Co.**<br>**200 Broadhollow Road, Suite 201**<br>**Melville, NY 11747** | **Insurance** |
| **Bank of America Leasing**<br>**P.O. Box 371992**<br>**Pittsburgh, PA 15250-7992** | **Copy Machine Lease** |
| **CalTech Software Systems, Inc.**<br>**4152 South Jackson**<br>**San Angelo, TX 76903** | **IT Service** |
| **Fiduciary Trust Services**<br>**5140 Commerce Circle**<br>**Indianapolis, IN 46237** | **ESOP Trustee Services** |
| **Globe Wireless**<br>**1571 Robert J. Conlan Blvd.**<br>**Palm Bay, FL 32905-3562** | **Ship Communications** |
| **Richard D. Horner, Sr.**<br>**P.O. Box 1461**<br>**Boerne, TX 78006** | **Employment Contract** |
| **Ricoh Americas Corporation**<br>**P.O. Box 105533**<br>**Atlanta, GA 30348** | **Copy Machine Lease** |
| **Sprint**<br>**P.O. Box 660075**<br>**Dallas, TX 75266-0075** | **Communications** |
| **Street Retail San Antonio, LP**<br>**c/o Federal Realty Investment Trust**<br>**1626 East Jefferson Street**<br>**Rockville, MD 20852-4041** | **Office Space Lease**<br>**Nonresidential Real Property** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **AHL Shipping Company**                                  , Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Telemar, LLC**<br>**1455 East Sam Houston Parkway South**<br>**Suite 170**<br>**Pasadena, TX 77503** | **Radar** |
| **Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266** | **Communications** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                  Best Case Bankruptcy

In re  **AHL Shipping Company** _____,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AHL Holdings, Inc.**<br>**700 Maritime Blvd., Suite B**<br>**Linthicum Heights, MD 21090** | **Masters, Mates and Pilots Plans**<br>**700 Maritime Blvd., Suite A**<br>**Linthicum Heights, MD 21090**<br>**   (Pension and IRAP)** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Eastern District of Louisiana

In re **AHL Shipping Company**

Debtor(s)

Case No. _____

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**68**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 18, 2010**

Signature **/s/ Richard D. Horner, Sr.**
**Richard D. Horner, Sr.**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Louisiana

In re __AHL Shipping Company__          Case No. _____

                                 Debtor(s)          Chapter          __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,976,880.79** | **01/01/10 - 05/10/10: Charter Revenues** |
| **$56,384,535.00** | **2009: Charter Revenues** |
| **$50,080,660.00** | **2008: Charter Revenues** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT          SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment SOFA 3.b.** | | **$1,634,606.22** | **$0.00** |

None □

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment SOFA-3.c.** | | **$449,126.94** | **$4,517,000.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See Attachment SOFA-4.a.** | | | |

None □

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bunkers International**<br>**110 Timberland Circle**<br>**Suite 102**<br>**Lake Mary, FL 32746** | **4/15/10** | **M/V Anasazi - Oil Tanker Ship - Value:**<br>**$8,500,000.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Enjet LLC**<br>**5373 West Alabama Street**<br>**Suite 502**<br>**Houston, TX 77056-5923** | **4/15/10** | **M/V Monseigneur - Value:  $8,500,000.00** |
| **Asamar Bunkers**<br>**115/117 RUA De Carreura**<br>**Funchal, Madeira 9000-042** | **4/16/10** | **M/V New River - Value:  $8,500,000.00** |
| **U.S. Dept. of Transportation -**<br>**Maritime Administration**<br>**1200 New Jersey Avenue, SE**<br>**Washington, DC 20590** | **4/28/10** | **SS Captain N.A. Downing - Value:  $8,500,000.00** |

---

### 5.  Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bunkers International**<br>**110 Timberland Circle**<br>**Suite 102**<br>**Lake Mary, FL 32746** | **May 11, 2010** | **M/V Anasazi ($8,500,000.00)** |

---

### 6.  Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7.  Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Adams and Reese**<br>**Dept. 5208**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-5208** | **4/8/10** | **$25,000.00** |
| **Adams and Reese**<br>**Dept. 5208**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-5208** | **4/28/10** | **$25,000.00** |
| **Adams and Reese**<br>**Dept. 5208**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-5208** | **5/19/10** | **$15,000.00** |
| **Adams and Reese**<br>**Dept. 5208**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-5208** | **4/1/10** | **$50,000.00** |
| **Adams and Reese**<br>**Dept. 5208**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-5208** | **6/16/10** | **$7,500.00 ($6,000.00 to be returned to Trustee)** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Whitney National Bank 228 St. Charles Avenue New Orleans, LA 70130** | **Main Depository Account (xx-xx-xx6-884)** | **Closed 11/25/09** |
| **Whitney National Bank 228 St. Charles Avenue New Orleans, LA 70130** | **Ship Master's Payroll Account (xx-xx-xx3-306)** | **Closed 11/25/09** |
| **JP Morgan Chase Bank Dallas, TX 75201** | **Checking - Petty Cash (xxx-xx0-838)** | **Closed 6/17/10** |
| **JP Morgan Chase Bank Dallas, TX 75201** | **Checking - Operating Account (xxx-xx9-943)** | **Closed 6/17/10** |
| **JP Morgan Chase Bank Dallas, TX 75201** | **Checking - Ship Master's Payroll (xxx-xx9-950)** | **Closed 6/17/10** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☐

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **U.S. Environmental Protection Agency**<br>**Office of Criminal Enforcement**<br>**Criminal Division**<br>**1919 Smith Street, Suite 925**<br>**Houston, TX 77002-8049** | **2010-C-2-004** | **AHL was subpoenaed as a witness to provide material and documents to a Federal Grand Jury in Corpus Christi, TX and AHL provided the requested items to the Grand Jury.** |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Talbot Management Corp.**<br>**8694 Commerce Drive**<br>**Suite 1**<br>**Easton, MD 21601** | **01/01/2007 - 01/31/2010** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **KPMG LLP** | **300 Convent Street**<br>**Suite 1200**<br>**San Antonio, TX 78205** | **06/01/2007 - 06/30/2009** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Talbot Management Corp.** | **8694 Commerce Drive**<br>**Suite 1**<br>**Easton, MD 21601** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED
**See Attachment SFA-19.d.**

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                 INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                   (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard D. Horner, Sr.**<br>**219 E. Houston Street**<br>**Suite 300**<br>**Houston, TX 77205** | **President** | **0%** |
| **William H. Speakman, III**<br>**1013 Riverview Terrace**<br>**Saint Michaels, MD 21663** | **Secretary** | **0%** |
| **Arthur Phelan**<br>**6300 Brookville Road**<br>**Chevy Chase, MD 20815-3341** | **Treasurer** | **0%** |
| **Thomas Donahue**<br>**2425 L Street, NW, Apt. 326**<br>**Washington, DC 20037** | **Director** | **0%** |
| **Al Nierenberg**<br>**P.O. Box 130345**<br>**Tampa, FL 33681** | **Director** | **0%** |
| **Ernie Cohen**<br>**6426 N. Calle De Los Seris**<br>**Tucson, AZ 85718** | **Director** | **0%** |
| **William Good**<br>**35931 SE Sunset View**<br>**Washougal, WA 98671** | **Director** | **0%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jim Patti**<br>**1025 Connecticut Ave., NW**<br>**Suite 507**<br>**Washington, DC 20036** | **Director** | **0%** |
| **AHL Holdings, Inc.**<br>**700 Maritime Blvd., Suite B**<br>**Linthicum Heights, MD 21090** | **Shareholder** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **AHL Holdings Inc.** | **52-2320736** |

---

**25. Pension Funds.**

None
☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **AHL Shipping Company 401(k) Retirement Plan** | |
| **AHL Shipping Company Defined Benefit Retirement Plan** | **20-1828741** |
| **MM&P Pension Plan** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 18, 2010**          Signature  **/s/ Richard D. Horner, Sr.**

                                                             **Richard D. Horner, Sr.**
                                                             **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Attachment SOFA-3.c

| Name of Creditor | Address | Relationship to Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|
| Ernest Cohen | 6426 N. Calle De Los Seris Tucson, AZ 85718 | Director | 06/30/09 09/30/09 01/30/09 | $5,500.00 $5,500.00 $5,000.00 | $5,000.00 |
| Thomas Donahue | P35931 SE Sunset View Washougal, WA 98671 | Director | 06/30/09 09/30/09 | $5,500.00 $5,500.00 | $10,000.00 |
| William Good | PO Box 130345 Tampa, FL 33681 | Director | 06/30/09 09/30/09 | $5,500.00 $5,500.00 | $10,000.00 |
| Al Nierenberg | 1025 Connecticut Ave NW, Ste 507 Washington, DC 20036 | Director | 06/30/09 09/30/09 | $5,500.00 $5,500.00 | $10,000.00 |
| Jim Patti | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | Director | 06/30/09 09/30/09 | $5,500.00 $5,500.00 | $10,000.00 |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 5/15/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 5/29/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 6/15/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 6/30/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 7/15/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 7/31/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 8/14/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 8/31/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 9/15/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 9/30/2009 | $ 13,250.34 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 10/15/2009 | $ 12,500.00 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 10/30/2009 | $ 12,500.00 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 11/15/2009 | $ 12,500.00 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 11/30/2010 | $ 12,500.00 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 12/15/2009 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 12/30/2009 | $ 13,748.37 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 1/15/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 1/29/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 2/15/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 2/26/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 3/15/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 3/31/2010 | $ 12,458.33 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 4/9/2010 | $ 24,916.66 | None |
| Richard D. Horner, Sr. | 219 E. Houston St., Suite 300 San Antonio, TX 78205 | President/CEO | 5/3/2010 | $ 24,916.66 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 5/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 5/29/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 6/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 6/30/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 7/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 7/31/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 8/14/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 8/31/2009 | $ 2,291.67 | None |

| Name | Address | Title | Date | Amount | |
|------|---------|-------|------|--------|---|
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 9/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 9/30/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 10/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 10/30/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 11/15/2009 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 11/30/2010 | $ 2,291.67 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 12/15/2009 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 12/30/2009 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 1/15/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 1/29/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 2/15/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 2/26/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 3/15/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 3/31/2010 | $ 2,083.34 | None |
| Arthur J. Phelan | 6300 Brookville Road Chevy Chase, MD 20815-3341 | Treasurer | 4/9/2010 | $ 4,166.68 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 5/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 5/29/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 6/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 6/30/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 7/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 7/31/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 8/14/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 8/31/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 9/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 9/30/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 10/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 10/30/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 11/15/2009 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 11/30/2010 | $ 2,708.34 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 12/15/2009 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 12/30/2009 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 1/15/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 1/29/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 2/15/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 2/26/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 3/15/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 3/31/2010 | $ 2,500.00 | None |
| William Speakman, 3rd | 1013 Riverview Terrace St. Michaels, MD 21663 | Secretary/Controller | 4/9/2010 | $ 5,000.00 | None |

| | | | | | |
|---|---|---|---|---|---|
| AHL Holdings - MMMP IRAP | | ESOP | 05/26/09 | $27,500.00 | |
| | | | 06/05/09 | $27,500.00 | |
| | | | 07/22/09 | $27,500.00 | |
| | | | 08/21/09 | $27,500.00 | |
| | | | 09/22/09 | $27,500.00 | |
| | | | 10/29/09 | $27,500.00 | $ 2,236,000.00 |
| AHL Holdings - MMMP Pension | | ESOP | 05/26/09 | $27,500.00 | |
| | | | 06/05/09 | $27,500.00 | |
| | | | 07/22/09 | $27,500.00 | |
| | | | 08/21/09 | $27,500.00 | |
| | | | 09/22/09 | $27,500.00 | |
| | | | 10/29/09 | $27,500.00 | $ 2,236,000.00 |
| TOTALS | | | | $ 449,126.94 | $4,517,000.00 |

**Attachment SOFA-4.a:** Suits and administrative proceedings, executions, garnishments and attachments

*AHL Shipping Company v. Jotun Valspar Marine Coatings, et al*
Civil District Court for Orleans Parish
Docket No. 2006-11701, Section A-5

*Ardent Services, LLC v. AHL Shipping Company*
United States District Court for the Eastern District of Louisiana
Docket No. 10-cv-887C9(4)

*Asamarbunkers Consultadoria e Paricipacoes Unipessoal Lda and The United States of America (Intervening Plaintiff) v. SS NEW RIVER and AHL Shipping Company*
United States District Court for the Eastern District of Texas, Beaumont Division
Civil Action No. 1:10-cv-00223-MAC

*Atlantic Marine Alabama, LLC v. Dos Raven Tankships, LLC; Keet Seel Tankships, LLC; First Mesa Tankships, LLC; AHL Shipping Company*
281st Judicial District Court for Harris County, Texas
Docket No. 2009-72419

*Bunkers International Corporation and Enjet, LLC (Intervening Plaintiff) v. M/V ANASAZI and AHL Shipping Company and The Master of the M/V ANASAZI; Moran Shipping Agencies, Inc.; and Nustar Energy, Inc. a/k/a Nustar Energy Services, Inc. (Garnishees)*
United States District Court for the Middle District of Florida, Jacksonville Division
Case No. 3:10-cv-315-J-32TEM

*Enjet, LLC and United States of America (intervening Plaintiff) v. M/V MONSEIGNEUR and AHL Shipping Company*
United States District Court for the Eastern District of Texas, Beaumont Division
Civil Action No. 1:10-cv-00228

*Enjet, LLC v. M/V MONSEIGNEUR and AHL Shipping Company*
United States District Court for the Southern District of Texas, Houston Division
Cause No. 4:10-cv-01235

*Houma Industries, LLC of Georgia v. Dos Raven Tankships, LLC, Keet Seel Tankships, LLC, First Mesa Tankships, LLC, and AHL Shipping Company*
United States District Court for the Eastern District of Louisiana
Docket No. 09-07494

*Maersk Line v. AHL Shipping Company*
United States District Court for the Eastern District of Louisiana
Docket No. 2:10-cv-00148

*Marine Interior Systems, L.L.C. v. AHL Shipping Company*
United States District Court for the Eastern District of Louisiana
Docket No. 2:09-cv-07723
SUIT DISMISSED, MARCH 26, 2010

*P.I. Holdings No. 1, Inc. v. AHL Shipping Company*
136th Judicial District Court of Jefferson County, Texas
Cause No. D185,341

*Sabine Towing & Transportation Company, Inc. v. M/V Ms. Cordelia and Global Geophysical Services, Inc. v. AHL Shipping Company*
Untied States District Court for the Eastern District of Texas
Civil Action No. 1:08-cv-614 (consolidated with main action no. 1:08-cv-581)

*James A. Smith v. AHL Shipping Company and <u>CAPTAIN H.A. DOWNING</u>*
United States District Court for the Northern District of California, San Francisco
Division
Case No. C-09-04794-EDL

*United States of America v. <u>SS CAPTAIN H.A. DOWNING</u> and AHL Shipping Company*
United States District Court for the Eastern District of Texas, Beaumont Division
Civil Action No. 1:10-cv-00240

*Keith Ford v. AHL Shipping Company*
United States District Court for the Eastern District of Louisiana
Civil Action No. 08-cv-4087

*Vilhjalmur Steinthorsson v. AHL Shipping Company*
In the Superior Court for the State of Washington for King County
Case No. 09-2-312087 SEA

*Gulf Coast Energy, LLC v. AHL Shipping Company*
In the District Court of Bell County, Texas, 146th Judicial District
Cause No. 239,456-B

**Attachment SOFA-19.d**

| Name and Address | Address | Date Issued |
|---|---|---|
| JP Morgan Chase Bank | 1020 NE Loop 410, Suite 100W<br>San Antonio, TX 78209 | September 30, 2008 |
| Maritime Administration | Office of Management Services<br>400 Seventh Street,SW, Room 7301<br>Washington, DC 20590 | June 6, 2008 |
| Maritime Administration | Office of Management Services<br>400 Seventh Street,SW, Room 7301<br>Washington, DC 20590 | September 26, 2008 |
| Maritime Administration | Office of Management Services<br>400 Seventh Street,SW, Room 7301<br>Washington, DC 20590 | June 12, 2009 |
| Shell Trading Company | 2 Houston Center<br>909 Fannin St., Plaza Level 1<br>Houston, TX 77010 | July 31, 2009 |
| Maritime Administration | Office of Management Services<br>400 Seventh Street,SW, Room 7301<br>Washington, DC 20590 | September 28, 2009 |
| Barrier Advisors | Galleria Tower II<br>13455 Noel Road, Suite 2200<br>Dallas, TX 75240 | March 9, 2010 |
| Gulf Coast Bank | 5918 West Courtyard, Suite 400<br>Austin, TX 78740 | March 3, 2010 |
| Catalyst Financial | | March 5, 2010 |
| Jeffries & Company | 520 Madison Ave., Seventh Floor<br>New York, NY 10022 | March 30, 2010 |

## Attachment SOFA-3.b

| Check | DATE | NAME | AMOUNT |
|---|---|---|---|
| 960574 | 3/22/2010 | Moran Towing of Texas Inc. | 15,481.58 |
| 960575 | 3/23/2010 | Future Care, Inc. | 12,910.85 |
| 960576 | 3/23/2010 | Wilhelmsen Ship Service | 10,189.72 |
| 312299 | 3/23/2010 | Telemar USA LLC | 11,244.00 |
| 960577 | 3/24/2010 | R&J Fabrication Service | 10,000.00 |
| 960578 | 3/24/2010 | Asamar Bunkers | 307,293.53 |
| 960579 | 3/24/2010 | Moran Towing of Texas Inc. | 6,101.82 |
| 960547 | 3/26/2010 | Moran Shipping Agencies, Inc. | 17,417.00 |
| 960582 | 3/26/2010 | WORLD SHIP SUPPLY, INC | 50,000.00 |
| 960583 | 3/26/2010 | C. FERNIE & CO., S.A. | 79,200.00 |
| 960584 | 3/26/2010 | Seabulk Towing Services | 27,318.20 |
| 960549 | 3/29/2010 | Moran Towing of Texas Inc. | 21,610.77 |
| 960588 | 4/1/2010 | R & R Marine, Inc. | 15,000.00 |
| 960590 | 4/1/2010 | Moran Shipping Agencies, Inc. | 13,034.18 |
| 960591 | 4/1/2010 | Moran Towing of Texas Inc. | 9,822.63 |
| 960594 | 4/6/2010 | Street Retail San Antonio LP | 15,527.50 |
| 960597 | 4/7/2010 | Asamar Bunkers | 181,953.00 |
| 960603 | 4/8/2010 | Adams & Reese LLP | 25,000.00 |
| 960608 | 4/8/2010 | MASTERS, MATES AND PILOTS PLAN | 14,310.50 |
| 960625 | 4/9/2010 | Whitney National Bank | 12,104.00 |
| 960604 | 4/9/2010 | Moran Shipping Agencies, Inc. | 29,442.00 |
| 960605 | 4/9/2010 | Pension Investors Corporation | 6,500.00 |
| 960606 | 4/9/2010 | American Express | 40,000.00 |
| 960607 | 4/9/2010 | BOMINFLOT BUNKER OIL CORPORATI | 137,500.00 |
| 960609 | 4/9/2010 | Moran Towing of Texas Inc. | 10,000.00 |
| 960587 | 4/10/2010 | Asamar Bunkers | 100,000.00 |
| 960610 | 4/12/2010 | Shannon Sales, LLC | 16,166.77 |
| 960622 | 4/13/2010 | Dishnow & Associates | 5,901.99 |
| 960612 | 4/15/2010 | BLUE CROSS BLUE SHIELD OF LA | 15,854.23 |
| 960613 | 4/15/2010 | Moran Towing of Texas Inc. | 48,682.44 |
| 960614 | 4/19/2010 | B & P INTERNATIONAL-Marine Div | 35,082.00 |
| 960618 | 4/22/2010 | Capitelli & Wicker | 15,000.00 |
| 960621 | 4/27/2010 | Pension Investors Corporation | 7,500.00 |
| 960620 | 4/28/2010 | Adams & Reese LLP | 25,000.00 |
| 960586 | 4/30/2010 | Adams & Reese LLP | 50,000.00 |
| 960615 | 4/30/2010 | CalTech Software Systems, Inc. | 21,296.38 |
| 960623 | 4/30/2010 | Street Retail San Antonio LP | 15,951.99 |
| 960634 | 5/6/2010 | U.B.S. | 176,709.14 |
| 960637 | 5/19/2010 | Adams & Reese LLP | 15,000.00 |
|  | 6/16/2010 | Adams & Reese LLP | 7,500.00 |
|  |  | **TOTAL** | **1,634,606.22** |

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **AHL Shipping Company**                                                     Case No. _____

_____

                                    Debtor(s)                              Chapter        **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

�■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

�■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 18, 2010**                                        **/s/ John M. Duck**

                                                                              **John M. Duck #5104**
                                                                              **Adams and Reese LLP**
                                                                              **701 Poydras Street**
                                                                              **Suite 4500**
                                                                              **New Orleans, LA 70139**
                                                                              **(504) 581-3234  Fax: (504) 566-0210**
                                                                              **john.duck@arlaw.com**

---

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **AHL Shipping Company** _____  Case No. _____
                                        Debtor(s)          Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:  **June 18, 2010** _____        **/s/ Richard D. Horner, Sr.** _____
                                                          **Richard D. Horner, Sr./Chief Executive Officer**
                                                          Signer/Title

ABC Urgent Care LLC
275 West Cocoa Beach Causeway
Cocoa Beach, FL 32931-3529


Abington Memorial Hospital
2500 Maryland Rd., 4th Floor
Willow Grove, PA 19090


ABS AMERICAS
P.O. Box 201614
Houston, TX 77216-1614


ABS Marine Casualty Res
P.O. Box 911477
Dallas, TX 75391-1477


Accord International
4380 S. Wayside
Suite 100
Houston TX 77087


AHL Holdings, Inc.
700 Maritime Blvd., Suite B
Linthicum Heights, MD 21090


Air Products AS
P.O. Box 4103
Komgsgard, N-4689
Kristiansand S, Norway


Al Nierenberg
P.O. Box 130345
Tampa, FL 33681


American Express
P. O. Box 650448
Dallas, TX 75265-1448


Anderson/Kelly Associates
P.O. Box 1129
Andover, NJ 07821


Applied Weather Technology
158 Commercial Street
Sunnyvale, CA 94086

Aransas - Corpus Christi Pilots
P.O. Box 2767
Corpus Christi, TX 78403


Asamar Bunkers
115/117 RUA De Carreura
Funchal, Madeira 9000-042


Associated Federal Pilots
2315 N. Woodlawn
Suite 104
Metairie, LA 70001


AT&T
P.O. Box 5001
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlas Incinerators
P.O. Box 143
Masnedovej
Vordingborg, Denmark DK-4760


B & P International-Marine Division
P.O. Box 5428
Newark, NJ 07188-5428


B&P International-Marine Division
Arthur J. Gallagher & Co.
200 Broadhollow Road, Suite 201
Melville, NY 11747


Baker, Lyman & Company
5250 Veterans Memorial Blvd.
Metairie, LA 70006


Bakersfield Family Medical
P.O. Box 7002
Lancaster, CA 93539-7002

Bank of America Leasing
P.O. Box 371992
Pittsburgh, PA 15250-7992


Bank of New York
P.O. Box 19445A
Newark, NJ 07195-0445


Barrier Reef Emerg. Phy.
P.O. Box 98694
Las Vegas, NV 89193


Baton Rouge Radiology Group
P.O. Box 14530
Baton Rouge, LA 70898


Baydelta Maritime
P.O. Box 2088
San Francisco, CA 94126


Bellevue Natural Health
1 Lake Bellevue Drive
Suite 107
Bellevue, WA 98005


Best Bet Line Handlers
1335 East Navigation
P.O. Box 4977
Corpus Christi, TX 78469-4977


Biehl & Co. LP
399 Market Street
Philadelphia, PA 19106-2138


Blue Cross Blue Shield
P.O. Box 261798
Baton Rouge, LA 70826


Borgess Medical Center
3198 Solutions Center
Chicago, IL 60677-3001


BP Marine Ltd.
P.O. Box 2143
Carol Stream, IL 60132-2143

Braintree Rehab Hospital
250 Pond Street
Braintree, MA 02184


Buck Kreihs Marine Repair
P.O. Box 952479
Atlanta, GA 31192-2479


Bunkers International
110 Timberlachen Circle
Suite 102
Lake Mary, FL 32746


Business and Legal Rep.
141 Mill Rock Road East
Old Saybrook, CT 06475


Butterworth, Inc.
16737 W. Hardy Road
Houston, TX 77060


C. C. Corporation
243 Spring Street
Newport, RI 02840


C. Fernie & Co., S.A.
Box 5042
Crisobal, Colon
Republic of Panama


CalTech Software Systems, Inc.
4152 South Jackson
San Angelo, TX 76903


Carlsen's Mooring & Ma
4711 Gulf Avenue
Groves, TX 77619


Catherine M. Mizen ARN
1500 Commercial Avenue
Anacortes, WA 98221


Causeway Medical Clinic
7108 Causeway Blvd.
Tampa, FL 33619

CDW
P.O. Box 708820
Sandy, UT 84070-9953


Central Healthcare Service
P.O. Box 1787
Metairie, LA 70004


Central Peninsula Family PRA
506 Lake Street
Kenai, AK 99611


Chaffe & Associates
201 St. Charles Avenue
Suite 1410
New Orleans, LA 70170-1410


Chamber of Shipping of America
1730 M Street, NW
Suite 407
Washington, DC 20036


CHS Launch Services
P.O. Box 16898
Galveston, TX 77552


CIT Technology Fin.Serv.
21146 Network Place
Chicago, IL 60673-1211


Coastal Line Handling
111 Soledad
Suite 150
San Antonio, TX 78205


Community Coffee Co.
P.O. Box 60141
New Orleans, LA 70160


Concentra Medical Center
Occupational Health Centers of NJ
P.O. Box 8750
Elkridge, MD 21075-8750

```
Concord Hosp. Phys. Group
250 Pleasant Street
Concord, NH 03301


Concord Hospital
250 Pleasant Street
Concord, NH 03301


Cooper/T. Smith Mooring
P.O. Box 934001
Atlanta, GA 31193-4001


Copy Concierge
111 Soledad
Suite 150
San Antonio, TX 78205


Corpus Christi Int'l Seaman's Ctr.
1501 Mesquite
Corpus Christi, TX 78401-1117


Costas Georgas, P.E.
71 Pinapple Street
Brooklyn, NY 11201


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


D. Voehl Testing Corp.
39 Elkland Road
Melville, NY 11747


Danner's
7130 Navigation
Houston, TX 77011


Diners Club
P.O. Box 6935
The Lakes, NV 88901-6935


Dockside Machine & Ship Repair
P.O. Box 1301
San Pedro, CA 90733-1301
```

```
Doctor's Care PA
P.O. Box 890790
Charlotte, NC 28289


E.N. Bisso & Son, Inc.
3939 Causeway Blvd.
Metairie, LA 70002


East Houston Reg.Med. Center
P.O. Box 406346
Atlanta, GA 30384-6346


Emergency Prof. Svs. Inc.
P.O. Box 634704
Cincinnati, OH 45263-4704


Enjet LLC
5373 West Alabama Street
#502
Houston, TX 77056-5923


EP HVAC US Inc.
2140 Wellsprings Drive
Beaumont, TX 77705


Fed Ex
P.O. Box 94515
Palatine, IL 60094-4515


Fiduciary Trust Service, Inc.
5140 Commerce Circle
Indianapolis, IN 46237


Fiduciary Trust Services
5140 Commerce Circle
Indianapolis, IN 46237


FirstMed-Merrillville
751 East 81st Place
Merrillville, IN 46410-5538


Florida Transportation
952 N.W. 41 Street
Miami, FL 33127
```

Foss Maritime Company
660 West Ewing Street
Seattle, WA 98119-1587


Frank Mohen Houston, Inc.
3002 East 13th Street
La Porte, TX 77571


Future Care, Inc.
200 East 74 Street
New York, NY 10021


G C Electric, Inc.
P.O. Box 1206
Port Arthur, TX 77641


g. Neil
P.O. Box 451179
Fort Lauderdale, FL 33345-1179


Galveston-Texas City Pilot
P.O. Box 16110
Galveston, TX 77552


George Ott Transportation Svc, Inc.
206 Huntlee Drive
New Orleans, LA 70131


Georgia Eye Institute
P.O. Box 14288
Savannah, GA 31416-1228


Global Diving & Salvage
3840 W. Marginal Way S.W.
Seattle, WA 98106


Global Environmental & Marine Svc, Inc.
P.O. Box 62391
Houston, TX 77205


Globe Wireless
1571 Robert J. Conlan Blvd.
Palm Bay, FL 32905-3562

Globe Wireless LLC
P.O. Box 513058
Los Angeles, CA 90051-1058


Golden View Imaging
1393 Santa Rita Road
Pleasanton, CA 94566


Greater Houston Emergency Physicians
P.O. Box 200211
Houston, TX 77216


Gulf Copper & Manufacturing Corp.
P.O. Box 547
Port Arthur, TX 77641-0547


Gulf Inland Marine Service
1208 W. Hwy. 30, Bldg. 3, Suite 2
P.O. Box 730
Gonzales, LA 70707-0730


Gunderland Marine Supply
P.O. Box 9758
Corpus Christi, TX 78469-9758


Harbor Docking and Towing
P.O. Box 248
Westlake, LA 70669-0248


Harbor Ship Supply
P.O. Box 310
San Pedro, CA 90732


Health Connections
756 Commercial Street
Rockport, ME 04856


Health First Corporate Partner
1051 S. Hickory Street
Suite A434-7247
Melbourne, FL 32901


Health Resources
P.O. Box 55145
Boston, MA 02205

Honeywell Hermetic, Inc.
2000 N. Fieldcourt
Roswell, GA 30076


Howard C. Williams MD
1301 Park Avenue
Orange, TX 77630


Hudson Marine Management Svs
4350 Haddonfield Road
Suite 30
Merchantville, NJ 08109


Hueber Launch Service
Box 227
Marcus Hook, PA 19061


Hydraulic Fabrication
108 Edwards Avenue
New Orleans, LA 70123


Imaging Healthcare Spe
P.O. Box 34307
San Diego, CA 92163


Industrial Scientific
1001 Oakdale Road
Oakdale, PA 15071


Inphynet South Broward
P.O. Box 850001
Orlando, FL 32885


Instruments & Controls, Inc.
271 East Green Street
Westminster, MD 21157


Intercontinental Terminals
P.O. Box 4346, Dept. 578
Houston, TX 77210-4346


Internal Medicine Specialists
100-B York Street Center
142 West York Street
Norfolk, VA 23510

IOMM&P
700 Maritime Blvd.
Suite B
Linthicum Heights, MD 21090


Jefferson & Orange County
1836 Westlake Avenue North
Suite 104
Seattle, WA 98109


Jim Patti
1025 Connecticut Ave. NW
Suite 507
Washington, DC 20036


Jordon on the Job
275 Sandwich Street
Plymouth, MA 02360


Josefino Bargas MD
5212 N. Pearl Street
Jacksonville, FL 32208


K&L Gates
1601 K Street
Washington, DC 20006-1600


Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA 90801-1730


Koolau Radiology
1380 Lusitania
Suite 200
Honolulu, HI 96813


L & R Midland, Inc.
P.O. Box 19458
Houston, TX 77224-9458


L-3 G.A. International
300 SW 3rd Avenue
Fort Lauderdale, FL 33315

Laboratory Corporation of America
P.O. Box 2270
Burlington, NC 27216-2270


Lake Charles Harbor & Terminal Dist.
P.O. Box 54887
New Orleans, LA 70154-4887


Lake Charles Harbor & Terminal District
P.O. Box 3753
Lake Charles, LA 70602-3753


Lake Charles Pilots, Inc.
4902 Ihles Road
Lake Charles, LA 70605


Lakeshore Spine and Pain
5511 West U.S. 10
Ludington, MI 49431


Lakeside Occupational Medical
1400 East Bay Drive
Largo, FL 33771


Lee Engineering Supply
P.O. Box 23340
New Orleans, LA 70183


Lincoln National Life
8801 Indian Hills Drive
Omaha, NE 68114-4066


LiquiFile Services
245 Junction Tank
Roswell, GA 30075


Louisiana Environmental Monitoring, Inc.
301 Turn Row
Lafayette, LA 70508


Louisiana Machinery LL
3799 W. Airline Hwy.
P.O. Drawer 536
Reserve, LA 70084-0536

Lowcountry Marine Service
5373 West Alabama
Suite 502
Houston, TX 77056


M.J. Hogan & Company
P.O. Box 30277
Savannah, GA 31410


Mako's Water Taxi
P.O. Box 2001
Homer, AK 99603


Mallory Jones Lynch & Asso.
2187 Atlantic Street
Stamford, CT 06902-6880


Man Mar Technical, Inc.
8902 Telephone Road
Houston, TX 77061


Managed Prescription Program
10860 Mavinee Drive
Tucson, AZ 85737


Marine Guard Service
Philadelphia, PA 19123


Marine Response Alliance
P.O. Box 2287
Seattle, WA 98111


Maritime Institute of Technology & Grad
692 Maritime Blvd.
Linthicum Heights, MD 21090-1952


Maritime Professional Training
1915 South Andrews Avenue
Fort Lauderdale, FL 33316


Masters, Mates and Pilots
700 Maritime Blvd.
Suite A
Linthicum Heights, MD 21090

Matrix Marine Fuels
15631 Jacintoport Blvd.
Houston, TX 77015


McCurnin Nautical Char
P.O. Box 6304
Metairie, LA 70009-6304


Medical Associates Clinic
1500 Associates Drive
Dubuque, IA 52002-2260


Medwork 84
407 SE 24th Street
Fort Lauderdale, FL 33316


Memorial Maritime Clinic
150 South Pico Avenue
Long Beach, CA 90802


Metro Health Hospital
P.O. Box 159
Grand Rapids, MI 49501-0159


Miami Diver, Inc.
2994 North Miami Avenue
Miami, FL 33127


Milby Clinic, P.A.
5151 Katy Freeway, #130
Houston, TX 77007


Millennium Maritime, Inc.
P.O. Box 24062
Seattle, WA 98124-1062


Millennium Radiology Associates LTD
5620 Southwyck Road
Toledo, OH 43614


Minutemen Press
12001 Network Blvd.
Suite 115
San Antonio, TX 78249

MOLES, Inc.
P.O. Box 206
Mandeville, LA 70470


Moran Charleston
P.O. Box 409519
Atlanta, GA 30384-9515


Moran Gulf Agencies
333 N. Sam Houston Pkwy. East
#125
Houston, TX 77070


Moran Savannah
P.O. Box 409519
Atlanta, GA 30384-9519


Moran Shipping Agencie
125 Lavan Street
Warwick, RI 02888


National Response Corp.
3500 Sunrise Highway
Suite T103
Great River, NY 11739


Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800


Newton Wellesley Orthopedic Assoc.
2000 Washington Street
Suite 341
Newton Lower Falls, MA 02462


NextCare Doctors Urgent
P.O. Box 41008
Fayetteville, NC 28309-1008


Northrop Grumman
1000 Access Road
Pascagoula, MS 39567

O'Briens Response Mana
Box 2591
P.O. Box 8500
Philadelphia, PA 19178-2591


Oakland Family Health Care
9 Pleasant Street
Oakland, ME 04963


Oaklander Primary Med Assoc.
311 South Cypress Road
Pompano Beach, FL 33060


Occupational Health Center
70 Park Hill Avenue
OccMed MSO
Boston, MA 02120


Occupational Health Center of Louisiana
P.O. Box 75430
Oklahoma City, OK 73147-0430


Office Depo
P.O. Box 689020
Des Moines, IA 50368


Offshore Marine Towing
560 NE 26th Court
Pompano Beach, FL 33064


Offshore Suppliers, Inc.
P.O. Box 821
Metairie, LA 70004-0821


Orthopaedic Specialist
3434 Prytania Street
Suite 310
New Orleans, LA 70115


Overseas Medical Center
49 Drumm Street
San Francisco, CA 94111

Ozarka
P.O. Box 856680
Louisville, KY 40285-6680


Parish Anesthesia
P.O. Box 8444
Metairie, LA 70011


Parish Anesthesia Asso.
P.O. Box 8444
Metairie, LA 70011


Park Med Urgent Care Center
P.O. Box 410229
Nashville, TN 37241-0229


Pelican Marine Supply
P.O. Box 1014
Harvey, LA 70059


Pelican State Outpatient Center
1525 Dickory Avenue
New Orleans, LA 70123-2168


Pension Investors Corp.
220 E. Central Parkway
Suite 3040
Altamonte Springs, FL 32701


Pentagon Publishing
P.O. Box 451403
Atlanta, GA 31145


Petchem, Inc.
P.O. Box 12030
Wilmington, NC 28405


Peter R. Grinkewitz, D


Physical Therapy
2760 Atlantic Avenue
Long Beach, CA 90806

Pivach & Pivach, L.L.C.
P.O. Box 7125
Belle Chasse, LA 70037


Plaquemines Port, Harbor & Terminal
Route 1, Box 206
124 Edna Lafrance Road
Braithwaite, LA 70040-9715


Platform Marine
P.O. Box 7110
Victoria, TX 77903


Port Arthur Int'l Seamen's Center
P.O. Box 1646
Port Arthur, TX 77641


Port of Corpus Christi Authority
P.O. Box 1541
Corpus Christi, TX 78403


Port of Port Arthur Naval District
P.O. Box 1428
Port Arthur, TX 77641-1428


Port Ship Services, Inc
P.O. Box 369
Arabi, LA 70032


Quest Diagnostic
P.O. Box 5000
Southeastern, PA 19398


Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374


R & R Marine, Inc.
7200 Hwy. 87 East
Port Arthur, TX 77642


R. Webster Stewart, MD
P.O. Box 180
Shreveport, LA 71161

Refractory Repair Service
2980 Faye Road
Jacksonville, FL 32226-2329


Richard D. Horner, Sr.
P.O. Box 1461
Boerne, TX 78006


Ricoh Americas Corporation
P.O. Box 105533
Atlanta, GA 30348


Ring Maritime Services
216 W. Powhatan Avenue
Essington, PA 19029


Robert G. Testa-Westlake Foot & Ankle
P.O. Box 45324
Westlake, OH 44145-0324


Rolls-Royce Commercial
200 James Drive West
Saint Rose, LA 70087


Ryan Marine Services
7500 Harborside Drive
Galveston, TX 77554


Ryan Welter MD PC UC
675 Paramount Drive
Raynham, MA 02767


Sabine Bank Pilots
P.O. Box 4869
Houston, TX 77210


Sabine Pilots Association
Dept. #116
P.O. Box 4869
Houston, TX 77210-4869


Savage Shipping Company
701 Harbour Post Dr.
Tampa, FL 33602

Scobey Moving & Storage
9625 North Broadway
San Antonio, TX 78217


Seabulk Towing Service
P.O. Box 930220
Atlanta, GA 31193-0220


Seith Feldman, D.O., P.A.
407 S.E. 24th Street
Fort Lauderdale, FL 33316


Shannon Sales, LLC
124 South Drive
Covington, LA 70433


Sharon Downing
P.O. Box 6609
Kingwood, TX 77325


Simmon Boardman Publishing
P.O. Box 10
Omaha, NE 68101


Slidell Memorial Hospital
P.O. Box 54710
New Orleans, LA 70154


South Carolina State Port Authority
P.O. Box 22287
Charleston, SC 29413-2287


Springhill Physician Practice
3715 Dauphin Street
Suite 503B
Mobile, AL 36608


Sprint
P.O. Box 660075
Dallas, TX 75266-0075


SST Marine Consulting, Inc.
3200 S. Andrews Avenue
Suite 117
Fort Lauderdale, FL 33316

St. Charles Surgical Hospital
P.O. Box 8770
Metairie, LA 70011


St. John Westshore Hospital
P.O. Box 951073
Cleveland, OH 44193


St. Johns Bar Pilot Asso.
4910 Ocean Street
Atlantic Beach, FL 32233


Street Retail San Antonio LP
c/o Federal Realty Inv. Trust
P.O. Box 79408
City of Industry, CA 91716-9408


Street Retail San Antonio, LP
c/o Federal Realty Investment Trust
1626 East Jefferson Street
Rockville, MD 20852-4041


STUSCO
909 Fannin Street, Suite 794H
Houston, TX 77010


Suderman & Young Towing
2777 Allen Parkway
Houston, TX 77019


Summit Medical Group, PC
220 Cottage Street
Littleton, NH 03561


Sylvia S. Romo, CPA, RTA, CTA
Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX 78283-3950


T&T Offshore, Inc.
9723 Teichman Road
Galveston, TX 77554

Telemar USA LLC
P.O. Box 5727
Pasadena, TX 77508


Telemar, LLC
1455 East Sam Houston Parkway South
Suite 170
Pasadena, TX 77503


Texas Mooring, Inc.
621 Lakeside Drive
Channelview, TX 77530


Texas State Optical of Nederland
8700 Central Mall Drive
Port Arthur, TX 77642


Thomas Donahue
2425 L Street, NW #326
Washington, DC 20037


Tidewater Physical Therapy
771-A Pilot House Drive
Newport News, VA 23606


Total Marine Transport
6025 Kansas
Houston, TX 77007


Trace Analyics, Inc.
15768 Hamilton Pool Road
Austin, TX 78738


TradeWinds A/S
Marine Bulding East
70 Seaview Avenue
Stamford, CT 06902


Transmarine Navigation
301 E. Ocean Boulevard
Suite 590
Long Beach, CA 90802

Triad Radiololgy Associates PLLC
P.O. Box 26454
Winston Salem, NC 27114-6454


Trials, Inc./Docusource
201 St. Charles Avenue
Suite 1401
New Orleans, LA 70170


Trinitas Hospital
P.O. Box 15069
Newark, NJ 07192


Tristan Medical Enterprises
210 Washington Street
Fairhaven, MA 02719


U.S. Dept. of Transportation -
Maritime Administration
As Assignee for Bondholders
1200 New Jersey Avenue, SE
Washington, DC 20590


U.S. Watertaxi & Port Services
Berth 60
San Pedro, CA 90731


UCSD Occupational & Environmental
330 Lews Street
Suite 100
San Diego, CA 92103-8800


UMOE Schat-Harding, Inc.
Dept. 5340
P.O. Box 4228
Houston, TX 77210-4228


Underwater Services, Inc.
P.O. Box 1461
Aransas Pass, TX 78335


Univ. of Pittsburgh Physicians
P.O. Box 382053
Pittsburgh, PA 15251-8053

University Services
10551 Decatur Road
Suite 200
Philadelphia, PA 19154


Univesity Med. Svc Assoc, Inc.
P.O. Box 917571
Orlando, FL 32891


Univesity of Texas Medical Branch
P.O. Box 4786 730
Houston, TX 77210-4786


UPMC Horizon
P.O. Box 382007
Pittsburgh, PA 15250


US Coast Guard Vessel Inspections
P.O. Box 70952
Charlotte, NC 28272-0952


US Healthworks
P.O. Box 404473
Atlanta, GA 30384


US Healthworks Medical Group, PC
P.O. Box 50042
Los Angeles, CA 90074


US Healthworks Medical Group, TX
P.O. Box 404974
Atlanta, GA 30384


US Healthworks, CA
P.O. Box 50046
Los Angeles, CA 90074-0046


UTMB at Galveston
P.O. Box 4786730
Houston, TX 77210


UTMB Faculty Group Practice
P.O. Box 4797-710
Houston, TX 77210-4797

Valero Marketing and Supply
Main Station E3A
P.O. Box 696000
San Antonio, TX 78269-6000


Valls Shipping Company
P.O. Box 2505
Corpus Christi, TX 78403


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


W & O Supply, Inc.
P.O. Box 933067
Atlanta, GA 31193-3067


Wayne K. F. Lee, M.D.
1380 Lusitania Street
Suite 708
Honolulu, HI 96813


Wegmann-Dazet & Company
111 Veterans Boulevard
Suite 800
Metairie, LA 70005


Wells Fargo Financial Capital
P.O. Box 7777
San Francisco, CA 94120-7777


West Coast Ship Supply
2665 Magnolia Street
Oakland, CA 94607


Westar Marine Services
Pier 50 Building C
San Francisco, CA 94158


Westbank Industrial Medicine
P.O. Box 54997
New Orleans, LA 70154-4997

Westlake Foot
29101 Health Campus Drive
Westlake, OH 44145


Whitney National Bank
228 St. Charles Avenue
New Orleans, LA 70130


Wilhelmsen Ship Service
P.O. Box 951756
Dallas, TX 75395-1756


William Good
P.O. Box 630
Washougal, WA 98671


Wilmington Tug, Inc.
P.O. Box 389
New Castle, DE 19720


Wilson Walton International
3349 Route 138, Bldg. B, Suite B
Belmar, NJ 07719


Winward Marine Industry, Inc.
39 Franklin Lane
Butler, NJ 07405


World Ship Supply, Inc.
P.O. Box 231192
Houston, TX 77223-1192

# United States Bankruptcy Court
## Eastern District of Louisiana

In re __AHL Shipping Company__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __AHL Shipping Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

AHL Holdings, Inc.
700 Maritime Blvd., Suite B
Linthicum Heights, MD 21090

☐ None [*Check if applicable*]

__June 18, 2010__

Date

/s/ John M. Duck

John M. Duck #5104

Signature of Attorney or Litigant
Counsel for __AHL Shipping Company__
Adams and Reese LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139
(504) 581-3234 Fax:(504) 566-0210
john.duck@arlaw.com