# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

|  |  |
|---|---|
| In re AHL Shipping Company, | CASE No. 10-12167 <br> Chapter 7 <br> Hon. Jerry A. Brown (Section B) |
| Debtor. |  |

## ORDER GRANTING PARTIAL RELIEF FROM STAY

The motion of Global Geophysical Services, Inc. ("Global") for Relief from Stay under section 362(d) of the Bankruptcy Code to permit prosecution of the claim against the debtor, AHL Shipping Company ("AHL"), in those proceedings in The United States District Court for The Eastern District of Texas, Beaumont Division, entitled "R&R Marine Maintenance, Inc., et al v. *M/V Global Scout*, et al, C.A. No. 1:08-cv-581," (**Document 67**) came on for hearing before the Court on October 6, 2010.

Present:

> Edward F. LeBreton, III
> Fowler Rodriguez Valdes-Fauli, counsel for Global Geophysical Services, Inc.
>
> Wyndi B. Guillory
> Stewart Robbins & Brown, LLC, counsel for trustee, Barbara Rivera-Fulton

Considering the motion, pleadings, and argument of counsel, it hereby is ordered that the motion of Global to lift the stay against AHL is GRANTED to the extent that prosecution may proceed in the said proceedings in the Eastern District of Texas for discovery, negotiation of proposed settlement, and through trial on the merits and judgment. The motion to lift stay is

DENIED with regard to execution of any such judgment against AHL or its estate. Proceedings regarding execution of any such judgment are to be brought before this court.

New Orleans, Louisiana, October 13, 2010.

_____
Jerry A. Brown
U.S. Bankruptcy Judge

**NOTE: Exhibit 1, introduced at the hearing, is filed in a separate folder located in the Court's Exhibit Room**